NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
GREGORY C. LOARIE (CA Bar No. 215859)
KATRINA A. TOMAS (CA Bar No. 329803)
1 Sansome St., Ste. 1700, San Francisco, California 94104
T: (415) 217-2000; F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
707 Wilshire Blvd., Ste. 4300, Los Angeles, CA 90017
T: (415) 217-2000; F: (415) 217-2040

ATTORNEY(S) FOR: National Parks Conservation Association

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| National Parks Conservation Association | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-4002 |
| v. | |
| U.S. Department of the Interior, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      National Parks Conservation Association
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Dateline Resources Ltd. | Datelines Resources Ltd. is a publicly-traded company and third-party beneficiary of the challenged mining approval |
| Colosseum Rare Metals, Inc. | Colosseum Rare Metals, Inc. is a wholly-owned subsidiary of Dateline Resources Ltd. |

04/15/2026

Date

/s/ Gregory C. Loarie

Signature

Attorney of record for (or name of party appearing in pro per):

National Parks Conservation Association