GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
KATRINA A. TOMAS (CA Bar No. 329803)
ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; KEVIN SCHLUCKEBIER, in his official capacity as Acting Superintendent of Mojave National Preserve, <br><br> Defendants. | No.: 2:26-cv-04002-CAS-AS <br><br> **PROOF OF SERVICE** |

1

PROOF OF SERVICE

I am a citizen of the United States of America and a resident of Alameda County, California; I am over the age of 18 years and not a party to the within entitled action; and my business address is 1 Sansome Street, Suite 1700, San Francisco, California 94104.

On April 30, 2026, I served the documents described as:

- **Complaint for Declaratory and Injunctive Relief (Dkt. 1);**
- **Civil Cover Sheet (Dkt. 2);**
- **Plaintiff's Corporate Disclosure Statement (Dkt. 4);**
- **Plaintiff's Certification and Notice of Interested Parties (Dkt. 5);**
- **Notice of Assignment to United States Judges (Dkt. 6);**
- **Notice to Parties of Court-Directed ADR Program (Dkt. 7);**
- **Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge (Dkt. 8);**
- **Notice to Counsel (Dkt. 9);**
- **Notice to Filer of Deficiencies in Request for Issuance of Summonses (Dkt. 10);**
- **Summonses in a Civil Action (Dkt. 12-16); and**
- **Notice of Appearance of Katrina A. Tomas (Dkt. 17)**

on the Defendants in this action in accordance with Federal Rule of Civil Procedure 4 by placing true and correct copies thereof in sealed envelopes, with First-Class and Certified mail postage (with electronic return receipt requested), for collection and mailing at our office, following our ordinary business practices, which includes depositing the correspondence with the USPS, to:

2

PROOF OF SERVICE

| U.S. DEPARTMENT OF THE INTERIOR | U.S. Department of the Interior<br>1849 C Street NW<br>Washington, DC 20240 |
| DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior | Doug Burgum<br>U.S. Department of the Interior<br>1849 C Street NW<br>Washington, DC 20240 |
| NATIONAL PARK SERVICE | National Park Service<br>1849 C Street NW<br>Washington, DC 20240 |
| JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service | Jessica Bowron<br>National Park Service<br>1849 C Street NW<br>Washington, DC 20240 |
| KEVIN SCHLUCKEBIER, in his official capacity as Acting Superintendent of Mojave National Preserve | Kevin Schluckebier<br>Mojave National Preserve<br>2701 Barstow Rd<br>Barstow, CA 923111 |

On April 30, 2026, I additionally served the documents described as:

- **Complaint for Declaratory and Injunctive Relief (Dkt. 1);**

- **Civil Cover Sheet (Dkt. 2); and**

- **Summonses in a Civil Action (Dkt. 12-16);**

on the United States in accordance with Federal Rule of Civil Procedure 4(i) by placing true and correct copies thereof in sealed envelopes, with First-Class and Certified mail postage (with electronic return receipt requested), for collection and mailing at our office, following our ordinary business practices, which includes depositing the correspondence with the USPS, to:

| Todd Blanche<br>Acting Attorney General of the United States | Todd Blanche, Acting Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |

PROOF OF SERVICE

Civil Process Clerk
US Attorney's Office for the Northern
District of California

Civil Process Clerk
United States Attorney's Office, CD CA
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012

The above mailings consisted of seven total envelopes. I received all seven of the certified Electronic Delivery Confirmations back by May 8, 2026. Copies of these Electronic Delivery Confirmations are attached hereto as **Exhibits A – G.**

    I certify under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2026, in Oakland, CA.

_____
Joseph L. Griffin

PROOF OF SERVICE

# Exhibit A

**Electronic Delivery Confirmation™**

---



$11.12  **US POSTAGE**
**FIRST-CLASS IMI**
Apr 30 2026
Mailed from ZIP 94105
6 OZ FIRST-CLASS MAIL FLATS RATE ZONE 8
11923275

063S0010282497

Earthjustice
180 STEUART ST
NO 194330
SAN FRANCISCO CA 94105-1239

**USPS CERTIFIED MAIL**

9414 8118 9876 5529 9475 88

U.S. Department of the Interior
1849 C ST NW
WASHINGTON DC 20240-0001

---

| | |
|---|---|
| Reference | 6655 |
| USPS # | 9414811898765529947588 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 11:39 am on May 7, 2026 in WASHINGTON, DC 20240. |
| USPS History | Delivered, Left with Individual, WASHINGTON, DC 20240, May 7, 2026, 11:39 am |
| | Arrived at Post Office, WASHINGTON, DC 20018, May 7, 2026, 9:04 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 3, 2026, 10:25 am |
| | Arrived at USPS Facility, SAN JOSE CA DISTRIBUTION CENTER, May 1, 2026, 6:17 pm |
| | Arrived at USPS Facility, SAN FRANCISCO CA DISTRIBUTION CENTER, April 30, 2026, 8:10 pm |
| | Accepted at USPS Facility, SAN FRANCISCO, CA 94105, April 30, 2026, 6:55 pm |
| | Shipping Label Created, SAN FRANCISCO, CA 94105, April 30, 2026, 3:50 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/08/2026 (UTC)**

Exhibit A

# Exhibit B

## Electronic Delivery Confirmation™



Earthjustice
180 STEUART ST
NO 194330
SAN FRANCISCO CA 94105-1239

$11.12   US POSTAGE
FIRST-CLASS IMI
Apr 30 2026
Mailed from ZIP 94105
6 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 8
11923275



063S0010282497

**USPS CERTIFIED MAIL**

9414 8118 9876 5529 9477 86

U.S. Department of the Interior
Doug Burgum, Secretary of the USDOI
1849 C ST NW
WASHINGTON DC 20240-0001

| | |
|---|---|
| Reference | 6655 |
| USPS # | 9414811898765529947786 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 11:39 am on May 7, 2026 in WASHINGTON, DC 20240. |
| USPS History | Delivered, Left with Individual, WASHINGTON, DC 20240, May 7, 2026, 11:39 am |
| | Arrived at Post Office, WASHINGTON, DC 20018, May 7, 2026, 9:05 am |
| | Arrived at USPS Facility, SAN JOSE CA DISTRIBUTION CENTER, May 1, 2026, 6:19 pm |
| | Arrived at USPS Facility, SAN FRANCISCO CA DISTRIBUTION CENTER, April 30, 2026, 8:10 pm |
| | Accepted at USPS Facility, SAN FRANCISCO, CA 94105, April 30, 2026, 6:55 pm |
| | Shipping Label Created, SAN FRANCISCO, CA 94105, April 30, 2026, 3:43 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/08/2026 (UTC)**

8
Exhibit B

# Exhibit C

## Electronic Delivery Confirmation™

---



Earthjustice
180 STEUART ST
NO 194330
SAN FRANCISCO CA 94105-1239

**$11.12   US POSTAGE**
**FIRST-CLASS IMI**
Apr 30 2026
Mailed from ZIP 94105
6 OZ FIRST-CLASS MAIL FLATS RATE ZONE 8

11923275



063S0011485632

**USPS CERTIFIED MAIL**

9414 8118 9876 5529 9469 18

National Park Service
1849 C ST NW
WASHINGTON DC 20240-0001

---

| Reference | |
|---|---|
| USPS # | 9414811898765529946918 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 11:39 am on May 7, 2026 in WASHINGTON, DC 20240. |
| USPS History | Delivered, Left with Individual, WASHINGTON, DC 20240, May 7, 2026, 11:39 am |
| | Arrived at Post Office, WASHINGTON, DC 20018, May 7, 2026, 9:05 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 3, 2026, 10:25 am |
| | Arrived at USPS Facility, SAN JOSE CA DISTRIBUTION CENTER, May 1, 2026, 6:23 pm |
| | Arrived at USPS Facility, SAN FRANCISCO CA DISTRIBUTION CENTER, April 30, 2026, 8:10 pm |
| | Accepted at USPS Facility, SAN FRANCISCO, CA 94105, April 30, 2026, 6:55 pm |
| | Shipping Label Created, SAN FRANCISCO, CA 94105, April 30, 2026, 3:52 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/08/2026 (UTC)**

10
Exhibit C

# Exhibit D

## Electronic Delivery Confirmation™



Earthjustice
180 STEUART ST
NO 194330
SAN FRANCISCO CA 94105-1239

$11.12    US POSTAGE
**FIRST-CLASS IMI**
Apr 30 2026
Mailed from ZIP 94105
6 OZ FIRST-CLASS MAIL FLATS RATE ZONE 8

11923275



063S0010282495

**USPS CERTIFIED MAIL**

9414 8118 9876 5529 9466 11

National Park Service
Jessica Bowron, Acting Director of NPS
1849 C ST NW
WASHINGTON DC 20240-0001

| | |
|---|---|
| Reference | 6655 |
| USPS # | 9414811898765529946611 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 11:39 am on May 7, 2026 in WASHINGTON, DC 20240. |
| USPS History | Delivered, Left with Individual, WASHINGTON, DC 20240, May 7, 2026, 11:39 am |
| | Arrived at Post Office, WASHINGTON, DC 20018, May 7, 2026, 9:04 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 3, 2026, 10:25 am |
| | Arrived at USPS Facility, SAN JOSE CA DISTRIBUTION CENTER, May 1, 2026, 6:17 pm |
| | Arrived at USPS Facility, SAN FRANCISCO CA DISTRIBUTION CENTER, April 30, 2026, 8:10 pm |
| | Accepted at USPS Facility, SAN FRANCISCO, CA 94105, April 30, 2026, 6:55 pm |
| | Shipping Label Created, SAN FRANCISCO, CA 94105, April 30, 2026, 3:54 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/08/2026 (UTC)**

12
Exhibit D

# Exhibit E

## Electronic Delivery Confirmation™

---



Earthjustice
180 STEUART ST
NO 194330
SAN FRANCISCO CA 94105-1239

**$11.12   US POSTAGE**
**FIRST-CLASS IMI**
Apr 30 2026
Mailed from ZIP 94105
6 OZ FIRST-CLASS MAIL FLATS RATE ZONE 4
11923275



063S0010282497

**USPS CERTIFIED MAIL**

9414 8118 9876 5529 9465 98

Kevin Schluckebier, Acting Superintendent of
Mojave National Preserve
2701 BARSTOW RD
BARSTOW CA 92311-6609

---

| | |
|---|---|
| Reference | 6655 |
| USPS # | 9414811898765529946598 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to an individual at the address at 11:51 am on May 4, 2026 in BARSTOW, CA 92311. |
| USPS History | Delivered, Left with Individual, BARSTOW, CA 92311, May 4, 2026, 11:51 am |
| | Arrived at USPS Facility, MORENO VALLEY CA DISTRIBUTION CENTER, May 2, 2026, 9:45 pm |
| | Arrived at USPS Facility, SAN FRANCISCO CA DISTRIBUTION CENTER, April 30, 2026, 8:10 pm |
| | Accepted at USPS Facility, SAN FRANCISCO, CA 94105, April 30, 2026, 6:55 pm |
| | Shipping Label Created, SAN FRANCISCO, CA 94105, April 30, 2026, 3:57 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/05/2026 (UTC)**

14
Exhibit E

# Exhibit F

## Electronic Delivery Confirmation™

---



Earthjustice
180 STEUART ST
NO 194330
SAN FRANCISCO CA 94105-1239

**$11.12    US POSTAGE**
**FIRST-CLASS IMI**
Apr 30 2026
Mailed from ZIP 94105
6 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 8

11923275


endicia

063S0010937440

**USPS CERTIFIED MAIL**

**9414 8118 9876 5529 9790 91**

Todd Blanche, Acting Attorney General
U.S. Department of Justice
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

---

| | |
|---|---|
| Reference | 6655 |
| USPS # | 9414811898765529979091 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was picked up at the post office at 4:30 am on May 8, 2026 in WASHINGTON, DC 20530. |
| USPS History | Delivered, Individual Picked Up at Post Office, WASHINGTON, DC 20530, May 8, 2026, 4:30 am |
| | Redelivery Scheduled for Next Business Day, WASHINGTON, DC 20530, May 7, 2026, 11:23 am |
| | Arrived at Post Office, WASHINGTON, DC 20018, May 7, 2026, 11:17 am |
| | Arrived at USPS Facility, WASHINGTON DC DISTRIBUTION CENTER, May 3, 2026, 10:25 am |
| | Arrived at USPS Facility, SAN JOSE CA DISTRIBUTION CENTER, May 1, 2026, 6:17 pm |
| | Arrived at USPS Facility, SAN FRANCISCO CA DISTRIBUTION CENTER, April 30, 2026, 8:10 pm |
| | Accepted at USPS Facility, SAN FRANCISCO, CA 94105, April 30, 2026, 6:55 pm |
| | Shipping Label Created, SAN FRANCISCO, CA 94105, April 30, 2026, 4:06 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/08/2026 (UTC)**

16
Exhibit F

# Exhibit G

Exhibit G

**Electronic Delivery Confirmation™**

---



Earthjustice
180 STEUART ST
NO 194330
SAN FRANCISCO CA 94105-1239

**$11.12   US POSTAGE**
**FIRST-CLASS IMI**
Apr 30 2026
Mailed from ZIP 94105
6 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 4
11923275



063S0010282493

**USPS CERTIFIED MAIL**

9414 8118 9876 5529 9737 92

Civil Process Clerk
United States Attorneys Office, CD CA
300 N LOS ANGELES ST STE 7516
LOS ANGELES CA 90012-3341

---

| | |
|---|---|
| Reference | 6655 |
| USPS # | 9414811898765529973792 |
| USPS Mail Class | Certified with Return Receipt (Signature) |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 1:06 pm on May 4, 2026 in LOS ANGELES, CA 90012. |
| USPS History | Delivered, Front Desk/Reception/Mail Room, LOS ANGELES, CA 90012, May 4, 2026, 1:06 pm |
| | Out for Delivery, LOS ANGELES, CA 90012, May 4, 2026, 11:05 am |
| | Arrived at Post Office, LOS ANGELES, CA 90012, May 4, 2026, 10:54 am |
| | Arrived at USPS Facility, LOS ANGELES CA DISTRIBUTION CENTER, May 3, 2026, 12:03 pm |
| | Arrived at USPS Facility, SAN DIEGO CA DISTRIBUTION CENTER, May 1, 2026, 9:56 pm |
| | Arrived at USPS Facility, SAN FRANCISCO CA DISTRIBUTION CENTER, April 30, 2026, 8:10 pm |
| | Accepted at USPS Facility, SAN FRANCISCO, CA 94105, April 30, 2026, 6:55 pm |
| | Shipping Label Created, SAN FRANCISCO, CA 94105, April 30, 2026, 4:10 pm |

**Electronic Delivery Confirmation Report © 2026 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 05/05/2026 (UTC)**

18
Exhibit G