GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
KATRINA A. TOMAS (CA Bar No. 329803)
ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.,* <br><br> Defendants. | No.: 2:26-cv-4002-CAS-AS <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: July 27, 2026 <br> Time: 10:00 AM <br> Judge: Hon. Christina A. Snyder |

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 65(a) and Civil Local Rules 6-1 and 65-1, Plaintiff National Parks Conservation Association (NPCA) hereby files this Notice of Motion and Motion for Preliminary Injunction (Motion) and moves this Court for a preliminary injunction to enjoin Defendants (1) to set aside their April 2025 determination that allowed new mining operations to proceed at the Colosseum Mine in Mojave National Preserve, (2) to halt and prohibit further operations at Colosseum pending the resolution of this case, and (3) to monitor and enforce public access rights along Colosseum Road leading to and past Colosseum Mine. As set forth in the accompanying Memorandum of Points and Authorities, such relief is necessary to prevent Defendants' authorization of mining operations at Colosseum from causing irreparable harm to Mojave National Preserve and the public while this case is adjudicated.

This Motion is based on the allegations in NPCA's Complaint for Declaratory and Injunctive Relief (Dkt. No. 1), the Memorandum of Points and Authorities and Declarations of Chance Wilcox and James André, filed herewith, and any other written or oral evidence or argument presented at or before the time this Motion is heard by the Court. NPCA is also filing herewith a Proposed Order.

Pursuant to Civil Local Rules 6-1 and 65-1, NPCA hereby designates July 27, 2026 as the Motion Day on which this Motion may be heard by the Court. On June 18, 2026, NPCA advised counsel of record for Defendants of NPCA's intent to file this motion.

Dated: June 23, 2026        Respectfully submitted,

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org

/s/ Katrina A. Tomas
KATRINA A. TOMAS (CA Bar No. 329803)

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION