GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
KATRINA A. TOMAS (CA Bar No. 329803)
ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>Defendants. | No.: 2:26-cv-4002-CAS-AS<br><br>**DECLARATION OF JAMES ANDRÉ IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 27, 2026<br>Time: 10:00 AM<br>Judge: Hon. Christina A. Snyder |

DECLARATION OF JAMES ANDRÉ
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

## DECLARATION OF JAMES ANDRÉ

I, James André, PhD, declare as follows:

1.      I am a resident of San Bernardino County, California and I am a dues-paying member of the National Parks Conservation Association (NPCA). I have also collaborated closely with NPCA on conservation and science initiatives in the California desert for decades. I am a plant ecologist and botanist employed by the University of California. I serve as Director of the University of California's Sweeney Granite Mountains Desert Research Center (the Granites). I have worked and primarily resided at the Granites for approximately 32 years, since its founding in 1994. I completed my undergraduate and graduate studies at University of California, Davis, Humboldt State University, and University of California, Los Angeles. I am of full legal age and make the following statements based on my own personal knowledge. If called to testify, I could and would do so.

2.      The Granites is a 9,000-acre research facility located in the Mojave National Preserve with laboratories that host scientists from around the world. It was established as a joint undertaking between the University of California and the National Park Service with a shared mission of teaching, research, and land management within California's arid deserts. Due to this close partnership, I have worked directly with the Park Service many times during my tenure at the Granites.

3.      My professional work focuses on the flora of the Mojave Desert and the broader San Bernardino Desert region, covering taxonomy, floristics, and conservation of rare plants. I have prepared technical reports for the Mojave National Preserve on rare flora, authored scientific publications, and regularly present at scientific meetings and conferences focused on California Desert flora.

4.      I have served in leadership and advisory roles on rare plant conservation in California. I am currently a senior advisor to the California Native Plant Society's (CNPS) Rare Plant Program Committee, and prior to that, I served as the Committee's chair. The Committee maintains a comprehensive inventory of California's rare and

DECLARATION OF JAMES ANDRÉ
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

endangered plant species. The CNPS rare plant inventory is a widely-recognized resource that directly guides protection, conservation planning, and land management in California, and is frequently relied upon by state and federal bodies, including the National Park Service. During my tenure on the CNPS Rare Plant Program Committee, I advanced new rare plant listings in and around the Clark Mountains and researched additional species that may qualify for formal listing. I have also served on the Mojave National Preserve's Science Advisory Commission, advising the Department of Interior on management of the Preserve, including ecological impacts of grazing, high-speed rail, habitat fragmentation, and mining in and around the Preserve.

5.      I have extensive firsthand experience researching in the Mojave National Preserve. On average, I spend about 100 days per year in the Preserve conducting professional fieldwork, not including personal and recreational visits. Much of this work takes place in the mountains and corridors between the New York Mountains, Castle Mountains, and Clark Mountains around Ivanpah Valley.

6.      Since 1994, I estimate that I have visited the Clark Mountains for research approximately 50 and 70 times per year. To access the Range, I regularly use the Colosseum Mine access road, which leads to the Mine and into nearby Fir Canyon. From this junction, I access more remote parts of the Preserve, as well as Bureau of Land Management lands and the East Mojave Scenic Area.

7.      The Clark Mountains are an important botanical hub. Although the Clark Mountains are not especially large compared to other high ranges in Mojave National Preserve, they harbor an outsized number of endemic and near-endemic plants. Indeed, 77 plants in the Clark Range alone have formal status denoting rarity or endangerment in CNPS's inventory of rare and endangered plants. Other plants that I have studied in the Clarks likely fit CNPS criteria for listing but are not yet included in the inventory. This makes the Clark Mountains a concentration point for rarity and ongoing conservation research, both of which are central to my body of work. Some

DECLARATION OF JAMES ANDRÉ
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

of these rare plants occur largely within or near the Colosseum Mine pit and access road.

8.      A major reason that the Clark Range supports so many rare or unique species is its geology, especially its vertical limestone cliffs. Many endemic plant species are specially adapted to survive in the crevices of these limestone formations, which are scarce in southern California. These species often have a very narrow range. Further, the higher elevations function as an isolated "sky island," where species uniquely suited to these high elevations have persisted through long-term environmental and climatic change in isolation, resulting in unique adaptations. The Clark Mountains' calcareous clay soil, with high levels of limestone, also supports rare plant species. The structure of this soil takes hundreds of years to develop.

9.      The Clark Mountains are a critical connector between nearby landscapes, including the nearby Ivanpah and Spring Mountains, allowing the movement of pollinators and seed dispersers through and across interconnected corridors. This connectivity is helpful to the survival of most plant species in the area because it reduces isolation and facilitates the exchange of genetic material. The Clark Mountains also lie at the edge of several species' climatic tolerances. The integrity of these populations is beneficial to their species' resilience, as they are forced to adapt to stressors to which other populations of the same species may not be exposed, guarding against broader changes to the environment.

10.     Unfortunately, the Clark Mountains are already under substantial fragmentary pressures. The Clarks are surrounded by Interstate 15 to the south, and a utility-scale solar power facility and new mining activities to the east. This has left the Clark Mountains in a precarious position, where any additional fragmentation will likely have an outsized effect on the movement of species through the area's remaining plant and wildlife corridors.

11.     I have concrete plans to return to the Clark Mountains in the ordinary course of my work. I have plans to return with a colleague to the Kingston and Clark

DECLARATION OF JAMES ANDRÉ
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Mountains to conduct research, which will require me to traverse through the Colosseum access road. I expect that I will return to the area in and around Colosseum Mine many times in the coming months and years, given the frequency that my work takes me there.

12.     My interest in the Preserve and Clark Mountains is not limited to my professional work; I have oriented much of my life around living in, learning from, and remaining close to these desert landscapes. I feel at home in nature and take many trips into the desert with my family. Together, my family and I take personal pleasure in understanding the natural history of the Mojave National Preserve, from their plants and geology to the birds, wildlife, and quiet ecological relationships that make these places unique. My wife is also a botanist, and even our recreational trips center around the unique plants we encounter. We also spend time observing and discussing the birds and wildlife we encounter in the Preserve and enjoying the quiet seclusion that is so difficult to find outside of the desert. I have a particular interest in observing the Clark Mountains' limestone cliff flora and sky-island systems, which are home to cliff-dwelling plants not known elsewhere in California.

13.     If renewed mining operations occur at Colosseum pursuant to the National Park Service's recent authorizations, the resulting development would severely harm my professional and personal activities and interests in the Preserve and Clark Mountains. Mining and associated construction activities at Colosseum, such as roadwork and infrastructure buildout, will irreparably harm fragile desert habitat and ecosystems. Grading, bulldozing, paving, drilling, and movement of industrial trucks and other vehicles can destroy the surface where desert organisms live. This concern is not limited solely to the mine pit, but includes the broader footprint of roads, staging areas, and repeated disturbance stemming from the increased movement of workers and equipment. Although direct destruction of the endemic and rare plant life characteristic of the area is worrisome in isolation, these activities also disturb the calcareous clay soils and specialized soil crusts made up of lichens, mosses,

DECLARATION OF JAMES ANDRÉ
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

cyanobacteria, and other microscopic life. These systems develop over hundreds of years and are critical to germination, nutrient cycling, and native vegetation. Once destroyed, they are extremely slow to restore on a meaningful timescale. Although it is difficult to estimate the impact of disturbed substrate on individual plant species, it is likely that such impacts will be devastating for some rare or endemic species. The loss of these species and ecosystems would irreparably harm my personal and professional connection to the area because it would prevent me from observing, studying, and returning to the rare plants and desert habitats that are central to my work and enjoyment of the Clark Mountains.

14.     As I describe above, the impacts of habitat destruction resulting from additional activity at the Colosseum Mine site may be exacerbated by further fragmenting habitat across the broader landscape, particularly in the corridors between the Clark, Ivanpah, and Spring Mountains. Expanded roads, traffic, and industrial development disrupt key ecological processes such as pollination, seed dispersal, and genetic exchange. Existing barriers already constrain ecological movement, and additional disturbance in the Clark Mountains will further exacerbate habitat and isolate rare and endemic species dependent on connectivity.

15.     Further exploratory and extraction operations at Colosseum will also generate dust, noise, and truck and heavy equipment traffic, which can irreparably harm plant and wildlife populations. Dust can directly harm plants by coating leaves and interfering with stomatal function and photosynthesis. Likewise, noise and activity can disrupt pollinators, seed dispersers, and other wildlife that are critical to the continued functionality of the ecosystem. These indirect effects may expand the Mine's ecological footprint well beyond the excavation area.

16.     Finally, vehicles, construction equipment, and workers can serve as vectors for the introduction of nonnative species to the Clark Mountains, where they may spread to nearby areas and displace the rare and endemic plants found in the area. This risk may be compounded by the disturbance of soils and biological soil crusts

6

DECLARATION OF JAMES ANDRÉ
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

that are critical to germination, seeds, and nutrient cycling for native plants. This, plus other damage to the ecosystem described above, can allow these invasive species to establish a foothold and permanently change the composition of the surrounding ecosystem.

17.    Because the Clark Mountains are relatively small yet contain rare or endemic species with limited range and unique habitats, impacts from mining may create disproportionate harm. Indeed, there are likely species of plants in and around the Colosseum Mine site that have not yet been named and classified as distinct species that may be harmed by the project. Direct or indirect impacts from the Mine may result in the loss of these species before they are even discovered.

18.    I was informed by staff at NPCA that the public access road to Colosseum Mine is currently blocked by a barricade. This road routes toward areas that I regularly access in the course of my work, such as Fir Canyon. The area around the pit has historically provided access to National Park Service and Bureau of Land Management lands in the East Mojave Scenic Area and is a key, efficient access point to the northern and eastern Clark Range. Road closures or barriers will impede my planned surveys, monitoring, and recreational visits, causing lost field days, interference with time-sensitive research windows, and diminished ability to revisit established survey routes and plots.

19.    I am concerned that the noise, truck traffic, and industrialization of Colosseum associated with renewed mining operations will interfere with all the activities that draw me and my family to the Clark Mountains, harm my aesthetic and recreational enjoyment of Mojave National Preserve, and traumatize the environment itself. The removal of vegetation, construction of additional roads, and operation of industrial mining equipment would utterly destroy the experience that I value in this area and the unique flora I enjoy observing and studying personally and professionally.

DECLARATION OF JAMES ANDRÉ
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury that the foregoing declaration is true and correct.


Date: June 16, 2026                         _James M. André_

                                            James André

DECLARATION OF JAMES ANDRÉ
IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION