**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, | No.: 2:26-cv-4002-CAS-AS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | |

Having considered the Motion for Preliminary Injunction filed by Plaintiff National Parks Conservation Association and being fully advised in this matter, the Court hereby GRANTS the motion for good cause shown and ORDERS as follows:

Defendants U.S. Department of the Interior, Doug Burgum, National Park Service, Jessica Bowron, and Kevin Schluckebier, as well as their employees, agents, and any other persons acting on their behalf, are hereby ORDERED and ENJOINED (1) to set aside their April 2025 determination authorizing renewed mining operations at the Colosseum Mine in Mojave National Preserve, (2) to halt and prohibit any further operations at the Colosseum Mine pending the resolution of this case, and (3) to monitor and enforce public access rights along Colosseum Road leading to and past

Colosseum Mine. Defendants shall file a status report within 15 days of this order documenting and confirming compliance with the Court's preliminary injunction.

No security need be given to make this order effective. *See* Fed. R. Civ. P. 65(c).

IT IS SO ORDERED.


DATED: _____          _____

Honorable Christina A. Snyder
U.S. District Court Judge

[PROPOSED] ORDER