ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

DANIEL LUECKE
daniel.luecke@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7863

KATHARINE LAUBACH
katharine.laubach@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St. – North Terrace, Ste. 600
Denver, CO 80202
Tel: (202) 353-5765

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL PARKS CONSERVTION ASSOCIATION,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>       Defendants. | Case No. 2:26-cv-04002<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8- 3)**<br><br>Complaint served: May 7, 2026<br>Current response date: July 6, 2026<br>New response date: August 5, 2026 |

On May 7, 2026, Plaintiff National Parks Conservation Association completed service of the initial complaint on Defendants U.S. Department of the Interior, Doug Bergum, in his official capacity as Secretary of the U.S. Department of the Interior, the National Park Service, Jessica Bowron, in her official capacity as Acting Director of the National Park Service, and Kevin Schluckebier, in his official capacity as Acting Superintendent of Mojave National Preserve (collectively "Federal Defendants").  Federal Defendants' response to the initial complaint is due July 6, 2026.  Pursuant to L.R. 7-3, Federal Defendants conferred with Plaintiff regarding this Stipulation.  Pursuant to L.R. 8-3, Federal Defendants and Plaintiff stipulate to extend the time for Federal Defendants to respond to the initial complaint to August 5, 2026.  Per L.R. 8-3, this stipulated extension is not more than a cumulative total of thirty days from the date the response initially would have been due.

DATED:  July 1, 2026

Respectfully submitted,

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org

*/s/ Katrina A. Tomas*
KATRINA A. TOMAS (CA Bar No. 329803)
ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Kate Laubach*
KATHARINE LAUBACH (CO Bar No. 42694)
katharine.laubach@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street – North Terrace, Ste. 600
Denver, CO 80202
Tel: (202) 353-5765

DANIEL LUECKE
daniel.luecke@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7863

*Counsel for Federal Defendants*