JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac pending)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac pending)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac pending)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for DATELINE RESOURCES LTD. and COLOSSEUM RARE METALS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; KEVIN SCHLUCKEBIER, in his official capacity as Acting Superintendent of Mojave National Preserve,<br><br>Defendants. | Case No. 2:26-cv-4002-CAS-AS<br><br>**DECLARATION OF STEPHEN BAGHDADI IN SUPPORT OF DATELINE RESOURCES LTD. AND COLOSSEUM RARE METALS, INC.'S MOTION TO INTERVENE AS A DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24** |

80672301v9

## DECLARATION OF STEPHEN BAGHDADI

I, Stephen Baghdadi, declare as follows:

1.    I am the Managing Director of Dateline Resources Limited ("Dateline"), the publicly traded parent company of Colosseum Rare Metals, Inc. ("CRM"), and a director and authorized representative of CRM. I make the following statements based on my own personal knowledge and on my review of the business records of CRM and Dateline, which are kept in the ordinary course of business, and which I am authorized to access and produce. If called as a witness, I could and would testify competently to the matters stated herein.

2.    In my role at Dateline, and in my capacity as a director and authorized representative of CRM, I am familiar with CRM's ownership, operations, property interests, regulatory files, and correspondence relating to the Colosseum Mine (the "Mine"). My duties include reviewing and maintaining company records concerning the acquisition, ownership, permitting, compliance, land-use status, financial assurances, and agency communications associated with the Mine.

3.    The records on which I rely include but are not limited to CRM and Dateline corporate records; transaction documents concerning CRM's acquisition of the Colosseum Mine; title and claim-maintenance files; land-use and reclamation records maintained in the ordinary course of business; financial-assurance instruments and related agency acknowledgements; and correspondence between CRM or its representatives and federal, state, and county agencies regarding the Mine. These are the types of records that CRM and Dateline regularly maintain in connection with the ownership, maintenance, and operation of mining assets.

4.    The records referenced in this declaration were made at or near the time of the events they describe by persons with knowledge of those events, or were received and maintained by CRM and Dateline as part of their regularly conducted business activity. Those records have been kept in the ordinary course of CRM's and Dateline's business, and it is the regular practice of those entities to create, receive,

maintain, and rely upon such records in managing the Mine and related corporate affairs.

5.      CRM is a Delaware corporation and a wholly owned subsidiary of Dateline. CRM holds direct operational and property interests in the Colosseum Mine in the Clark Mountain Mining District, northeastern San Bernardino County, California.

6.      The Colosseum Mine is located on the northern flank of Clark Mountain at the head of Colosseum Gorge in the historic Clark Mountain Mining District of northeastern San Bernardino County, California, approximately seven miles north of Mountain Pass and roughly ten miles west of Stateline, Nevada.

7.      CRM acquired the Colosseum Mine in 2021 from LAC Minerals (USA) LLC. The 2021 conveyance transferred to CRM the patented claims (Colosseum No. 1 and Colosseum No. 2), 80 unpatented lode claims, and millsites associated with the Colosseum Mine. The unpatented mining claims are adjacent to and surround the two patented claims. All the unpatented claims and millsites are active and in good standing, and the current annual BLM and County filings have been made as to all claims. Attached hereto as **Exhibit A** is a true and correct copy of the Grant Deed with Reservation of Net Smelter Returns Royalty, effective October 25, 2021 and recorded on October 27, 2021 in the Official Records of San Bernardino County as Document No. 2021-0486459.

8.      Attached hereto as **Exhibit B** is a true and correct copy of the excerpt of Reclamation Plan 82M-001.

9.      Attached hereto as **Exhibit C** is a true and correct copy of the Report of the State Mineralogist (Jan. 1943).

10.      Attached hereto as **Exhibit D** are true and correct copies of that Correspondence and Reports re: Mining Operations (1931–1943).

11.      Attached hereto as **Exhibit E** is a true and correct copy of the "Third Modification and Reclamation Plan and Plan of Operations, Colosseum Project,"

approved by the Bureau of Land Management on September 10, 1985 in Decision Record No. 3800-EIS-85-69-1792-1.

12.     Attached hereto as **Exhibit F** is a true and correct copy of the approved Reclamation Plan 85M-02.

13.     Attached hereto **as Exhibit G** is a true and correct copy of the 2023 Certificate of Land Use Compliance, which applies to APNs 0572-161-04 and 0572-161-05.

14.     Extraction and other mining activities were performed at the Colosseum Mine until 1993. Since then, mineral operations have continued: the Mine owners have maintained the 80 unpatented mining claims, mill sites, and a tunnel site by making annual maintenance payments to BLM and recording notices of intent to hold with the County; maintained reclamation plans and reclamation bonds for over 31 years; monitored groundwater quality and maintained financial assurances for authorized waste discharges consistent with NPS and state water board demands; constructed and maintained miles of fencing around the mine areas; and expressly asserted an intent to resume extraction upon favorable economic conditions. Reclamation is not completed and the drainage ponds remain lined and operational. Attached hereto as **Exhibit H** are BLM Mineral & Land Records System printouts showing BLM mining claim records from 1971 to the present.

15.     CRM acquired the Colosseum Mine in 2021 with the intent, based in part on current economic conditions, to resume mineral extraction under the existing Bureau of Land Management-approved Plan of Operations. Beginning in 2021, CRM undertook activities encompassed by that Plan, including access and maintenance along the historic Colosseum Mine Road right-of-way and exploratory and site-investigation work on both patented and federal land.

16.     CRM's unpatented mining claims were located and maintained prior to the enactment of the California Desert Protection Act ("CDPA").

17.     CRM and its predecessors have made extensive investments in the Mine

over many decades since the creation of Mojave National Preserve, including investments in exploration, development, environmental compliance, reclamation, maintenance of mining claims, site maintenance, and facilities restoration. CRM maintains substantial reclamation bonds for the benefit of San Bernardino County and the Lahontan Regional Water Quality Control Board. CRM has also maintained annual claim maintenance filings and fees for all 80 unpatented mining claims and millsites. CRM is pursuing this Mine to protect and further the interest of its shareholders, but also importantly to pursue exploration and development of potentially vital rare earth element resources strategically important to national security. The Mine is located only six miles from the Mountain Pass Mine, the sole operating rare earth elements mine in the United States and the only facility in the United States that can process rare earth elements. Even if rare earth elements were found in a different mine in a different location, they could not be processed until a new processing facility was built, because it would be prohibitively expensive to transport the unprocessed and raw material containing the rare earth elements from that mine to Mountain Pass Mine to process. It could take a decade or more to obtain approval for and then construct a new processing facility.

18.    The Colosseum Mine is a substantial property and business asset of CRM. CRM holds direct ownership and operational interests in the patented claims, unpatented claims, and millsites associated with the Mine, and CRM and its predecessors have invested extensively over decades in exploration, development, environmental compliance, reclamation, claim maintenance, and site maintenance. CRM undertook expensive operations after the NPS confirmed recognition of CRM's vested existing rights, and its operations are ongoing.

19.    If the Court grants NPCA the relief it seeks, CRM would be prohibited from conducting any further activities at its mine. CRM has invested about $40 million dollars in connection with its operations, and NPCA's requested relief would significantly harm CRM and its shareholders. CRM's interest would be directly and

80672301v9

immediately impaired if it is unable to participate in this litigation and defend the validity of the Government's decision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of July, 2026, at __12:45pm USA Pacific time____

_____
Stephen Baghdadi

80672301v9                                                                      6