JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac pending)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac pending)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac pending)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for DATELINE RESOURCES LTD. and
COLOSSEUM RARE METALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; KEVIN SCHLUCKEBIER, in his official capacity as Acting Superintendent of Mojave National Preserve,<br><br>    Defendants. | Case No. 2:26-cv-4002-CAS-AS<br><br>**DECLARATION OF KERRY SHAPIRO IN SUPPORT OF DATELINE RESOURCES LTD. AND  COLOSSEUM RARE METALS, INC.'S MOTION TO INTERVENE AS A DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24** |

JMM | Jeffer Mangels & Mitchell LLP

80683952v1

## DECLARATION OF KERRY SHAPIRO

I, Kerry Shapiro, declare as follows:

1. I am a partner at Jeffer Mangels & Mitchell LLP ("JMM") and Chairman of the firm's Natural Resources & Mining Group, and I am counsel of record for proposed intervenors Dateline Resources Limited ("Dateline") and Colosseum Rare Metals, Inc. ("CRM"). I make this declaration based on my own personal knowledge and, where indicated, on my review of correspondence and records that I wrote, received, or maintained in the course of representing CRM. If called as a witness, I could and would testify competently to the matters stated herein.

2. In my capacity as counsel for CRM, I have personally conducted and overseen correspondence with the United States Department of the Interior, the National Park Service, and the Mojave National Preserve concerning CRM's valid existing rights at the Colosseum Mine, and I am familiar with the communications described below.

3. Pursuant to Local Rule 7-3, on June 22, 2026, I e-mailed Gregory C. Loarie, counsel of record for National Parks Conservation Association ("NPCA"), and notified him of CRM's intent to intervene into this case. On June 23, 2026 Mr. Loarie responded and did not state any opposition to intervention. Nor did he express an intent to not oppose, until NPCA received the papers filed in support of intervention. The DOI and the other federal defendants have indicated that they do not intend to oppose CRM's motion to intervene.

4. A true and correct copy of my January 30, 2025 letter to Secretary of the Interior Doug Burgum is attached hereto as **Exhibit A.**

5. A true and correct copy of the April 3, 2025 letter from Acting NPS Director Jessica Bowron to me is attached hereto as **Exhibit B.**

6. A true and correct copy of the April 10, 2025 letter from the Mojave National Preserve Superintendent to Dateline is attached hereto as **Exhibit C.**

80683952v1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of July, 2026, at San Francisco, California.

*/s/ Kerry Shapiro*
Kerry Shapiro