JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac pending)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac pending)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac pending)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for DATELINE RESOURCES LTD. and
COLOSSEUM RARE METALS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; KEVIN SCHLUCKEBIER, in his official capacity as Acting Superintendent of Mojave National Preserve,<br><br>        Defendants. | Case No. 2:26-cv-4002-CAS-AS<br><br>**DATELINE RESOURCES LTD. AND COLOSSEUM RARE METALS, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFF NATIONAL PARKS CONSERVATION ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION** |

80673186

Case No. 2:26-cv-4002-CAS-AS

Ex Parte Application for Leave to File Opposition to Plaintiff's Motion for Preliminary Injunction

## NOTICE OF *EX PARTE* APPLICATION AND APPLICATION

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 17-9, Dateline Resources Ltd. and its wholly owned subsidiary, Colosseum Rare Metals, Inc. (collectively, "CRM"), hereby apply *ex parte* for leave to file the accompanying opposition brief to Plaintiff National Parks Conservation Association's ("NPCA") Motion for Preliminary Injunction filed on June 23, 2026 (the "Motion"). ECF No. 20. CRM also requests that the Court permit counsel for CRM to be heard at any oral argument on the Motion. This Application is made on the grounds that CRM has a direct and substantial interest in the outcome of the Motion and believes that its proposed opposition brief will assist the Court in evaluating NPCA's request. The proposed opposition accompanies this Motion.

CRM filed a Motion to Intervene as a defendant in the litigation, ECF No. 23, but that motion is not set for hearing until August 3, 2026. NPCA's Motion for Preliminary Injunction is set for hearing on July 27, 2026. ECF No. 20. Therefore, CRM is bringing this Application for the limited purpose of allowing it to file an opposition to NPCA's Motion for Preliminary Injunction and to be heard at any oral argument on the Motion.

As confirmed by the accompanying declaration of Kerry Shapiro, counsel for CRM contacted counsel for NPCA on July 3, 2026, informing them of CRM's plan to file the present *Ex Parte* Application and accompanying opposition to NPCA's Motion for Preliminary Injunction on the date it is due, July 6, 2026.

This Application is based on this Notice of Application and Application, the accompanying Memorandum of Points and Authorities, the Declaration of Kerry Shapiro filed concurrently herewith, the proposed opposition to NPCA's Motion for Preliminary Injunction, the pleadings and records on file in this action, and such further oral argument and evidence as the Court may consider.

DATED:  July 6, 2026                JEFFER MANGELS & MITCHELL LLP
                                    KERRY SHAPIRO
                                    MICHAEL H. STRUB, JR.


                                    By:        /s/ Michael H. Strub, Jr.
                                                 MICHAEL H. STRUB, JR.


                                    HOLLAND & HART LLP
                                    MURRAY FELDMAN
                                    JENNIFER SCHELLER NEUMANN
                                    AMELIA YOWELL
                                    ANDREA J. DRIGGS


                                    By:        /s/ Murray Feldman
                                                 MURRAY FELDMAN

                                    Attorneys for DATELINE RESOURCES
                                    LTD. and COLOSSEUM RARE
                                    METALS, INC.

80673186                            3                    Case No. 2:26-cv-4002-CAS-AS

Ex Parte Application for Leave to File Opposition to Plaintiff's Motion for Preliminary Injunction

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Colosseum Rare Metals, Inc. and its parent Dateline Resources Ltd. ("Dateline," and, collectively, "CRM") respectfully ask the Court to grant leave to file an opposition to Motion for Preliminary Injunction (the "Motion") filed by Plaintiff National Parks Conservation Association ("NPCA"). The opposition brief is attached to this Ex Parte Application as Attachment 1. CRM also requests that the Court grant leave to CRM to be heard at any argument on the Motion. Pursuant to Local Rule 7-19.1, counsel for CRM contacted counsel for NPCA to inform them of CRM's intention to file this Application. Declaration of Kerry Shapiro ¶ 2.

On April 15, 2026, NPCA brought this action challenging the April 2025 recognition by the National Park Service ("NPS") and the U.S. Department of the Interior ("DOI") of the valid existing rights ("VERs") of CRM to undertake mining operations under a previously approved plan of operations at the Colosseum Mine (the "Complaint" or "Compl."). ECF No. 1. The Complaint named the DOI, NPS, and related individuals and entities associated with the federal government as defendants but did not name CRM.

CRM's mining rights and operations are the subject of this litigation. The injunctive relief NPCA seeks would set aside the DOI's and NPS's recognition and enjoin any further mining operations or activities at the Colosseum Mine and would halt and prohibit further operations at Colosseum pending the resolution of this case. ECF No. 20 (Proposed Order). A ruling in NPCA's favor would directly affect CRM's ability to conduct operations at the mine and would impair CRM's VERs in its plan of operations.

CRM filed a Motion to Intervene as a defendant in the litigation, ECF No. 23, but that motion is not set for hearing until August 3, 2026. NPCA's Motion for Preliminary Injunction is set for hearing on July 27, 2026. ECF No. 20. Therefore, because CRM's economic and property interests are directly at stake, CRM seeks

Ex Parte Application for Leave to File Opposition to Plaintiff's Motion for Preliminary Injunction

leave to intervene to file this opposition to NPCA's Motion for Preliminary Injunction.

## II.    **ARGUMENT**

Federal Rule of Civil Procedure 24(a)(2) provides that "[o]n timely motion, the court must permit anyone to intervene who … claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Courts within the Ninth Circuit "construe Rule 24(a) liberally in favor of potential intervenors." *Sw. Ctr. for Biological Diversity v. Berg*, 268 F.3d 810, 818 (9th Cir. 2001). "In the Ninth Circuit, 'it is well-established that a non-party may intervene for the limited purpose of opposing a motion.'" *Columbia Sportswear N. Am., Inc. v. Seirus Innovative Accessories, Inc.*, No. 20-CV-709 JLS (JLB), 2021 WL 1906439, at *2 (S.D. Cal. May 12, 2021).

As fully set forth in its Motion to Intervene and in the accompanying Declaration of Stephen Baghdadi (the "Baghdadi Decl."), ECF No. 23-1, CRM has significant and well-demonstrated property, economic, and regulatory interests in the present litigation. The relief NPCA seeks would bring CRM's operations at the Mine to a halt. Compl., Prayer for Relief, at 21. CRM has invested substantial resources in acquiring the Mine, maintaining the mining claims, and developing the Mine facilities. Baghdadi Decl. ¶ 18. CRM has invested about $40 million dollars in connection with its operations, and NPCA's requested relief would significantly harm CRM and its shareholders. *Id.* ¶ 19. CRM's interest would be directly and immediately impaired if it is unable to participate in this litigation and defend its interests. *Id.*

The Ninth Circuit has recognized that the interests of a private or non-public entity and those of a public entity are sufficiently different to warrant intervention. *See Sw. Ctr. for Biological Diversity*, 268 F.3d at 823-24. Here, the interests and

Jeffer Mangels & Mitchell LLP
JMM

perspectives of CRM, a private party with a direct economic stake in this dispute, differ significantly from those of the DOI, a federal agency primarily interested in defending its administrative processes and decisions. *See Citizens for Balanced Use,* 647 F.3d at 898-99 (reversing denial of intervention where government's prior adverse litigation position and broader public interest focus rendered its representation inadequate). Therefore, CRM's interests are sufficiently different from those of the federal defendants to warrant intervention.

CRM's brief will help the Court evaluate NPCA's request because CRM has actual, on-the-ground experience developing mineral assets in an environmentally responsible manner. CRM likely will make arguments that will aid the Court's understanding of the issues in the Motion for Preliminary Injunction that will not be made by other parties to the litigation.

For the foregoing reasons, CRM respectfully requests that this Court grant this Application for leave to intervene to file the accompanying opposition brief to NCPA's Motion for Preliminary Injunction and that the Court permit CRM to be heard at any hearing on the Motion.

DATED:  July 6, 2026

JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO
MICHAEL H. STRUB, JR.


By: _____/s/ Michael H. Strub, Jr._____
　　　　MICHAEL H. STRUB, JR.

HOLLAND & HART LLP
MURRAY FELDMAN
JENNIFER SCHELLER NEUMANN
AMELIA YOWELL
ANDREA J. DRIGGS


By:    _/s/ Murray Feldman_
        MURRAY FELDMAN

Attorneys for DATELINE RESOURCES
LTD. and COLOSSEUM RARE
METALS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2026, I electronically filed the foregoing **DATELINE RESOURCES LTD. AND COLOSSEUM RARE METALS, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFF NATIONAL PARKS CONSERVATION ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gabriel F. Greif<br>Earthjustice<br>707 Wilshire Blvd, Suite 4300<br>Los Angeles, CA 90017<br>415-217-2000<br>Fax: 415-217-2040<br>Email: ggreif@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Gregory Cahill Loarie<br>Katrina Anais Tomas<br>Earthjustice<br>1 Sansome Street, Suite 1700<br>San Francisco, CA 94104<br>415-217-2000<br>Fax: 415-217-2040<br>Email: gloarie@earthjustice.org<br>Email: ktomas@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Daniel Luecke<br>DOJ-Enrd<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>202-598-7863<br>Email: daniel.luecke@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |
| Katharine Laubach<br>United States Department of Justice<br>PO Box 7611<br>Washington, DC 20044-7611<br>202-305-8568<br>Email: katharine.laubach@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |

*/s/ Michael H. Strub, Jr.*

80673186

8

Case No. 2:26-cv-4002-CAS-AS