JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac pending)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac pending)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac pending)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for DATELINE RESOURCES LTD. and
COLOSSEUM RARE METALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; KEVIN SCHLUCKEBIER, in his official capacity as Acting Superintendent of Mojave National Preserve,<br><br>Defendants. | Case No. 2:26-cv-4002-CAS-AS<br><br>**DECLARATION OF KERRY SHAPIRO IN SUPPORT OF DATELINE RESOURCES LTD. AND COLOSSEUM RARE METALS, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFF NATIONAL PARKS CONSERVATION ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION** |

80688273v1

## DECLARATION OF KERRY SHAPIRO

I, Kerry Shapiro, declare as follows:

1.      I am a partner at Jeffer Mangels & Mitchell LLP ("JMM") and Chairman of the firm's Natural Resources & Mining Group, and I am counsel of record for proposed intervenors Dateline Resources Limited ("Dateline") and Colosseum Rare Metals, Inc. ("CRM"). I submit this Declaration in support of CRM Ex Parte Application for leave to file an opposition brief to Plaintiff National Parks Conservation Association's ("NPCA") Motion for Preliminary Injunction filed on June 23, 2026, and to participate in any oral argument on the Motion. I make this declaration based on my own personal knowledge and, where indicated,  on my review of correspondence and records that I wrote, received, or maintained in the course of representing CRM. If called as a witness, I could and would testify competently to the matters stated herein.

2.      Pursuant to Local Rule 7-19.1, on July 3, 2026, I sent an email to Gregory C. Loarie and Katrina A. Tomas, counsel for NPCA, and Daniel Luecke and Katharine Laubach, who are in the Energy National Resources Division of the Department of Justice, informing them that CRM would file an *ex parte* application for the limited purpose of allowing CRM to file an opposition to NPCA's Motion and to be heard at any oral argument on the Motion. Mr. Loarie told me by email that NPCA intends to oppose the application. On July 5, 2026, Mr. Luecke informed me that the federal defendants do not intend to oppose the application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of July, 2026, at San Francisco, California.

*/s/ Kerry Shapiro*
Kerry Shapiro

80688273v1                                                                                           2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2026, I electronically filed the foregoing **DECLARATION OF KERRY SHAPIRO IN SUPPORT OF DATELINE RESOURCES LTD. AND COLOSSEUM RARE METALS, INC.'S EX PARTE APPLICATION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFF NATIONAL PARKS CONSERVATION ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gabriel F. Greif<br>Earthjustice<br>707 Wilshire Blvd, Suite 4300<br>Los Angeles, CA 90017<br>415-217-2000<br>Fax: 415-217-2040<br>Email: ggreif@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Gregory Cahill Loarie<br>Katrina Anais Tomas<br>Earthjustice<br>1 Sansome Street, Suite 1700<br>San Francisco, CA 94104<br>415-217-2000<br>Fax: 415-217-2040<br>Email: gloarie@earthjustice.org<br>Email: ktomas@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Daniel Luecke<br>DOJ-Enrd<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>202-598-7863<br>Email: daniel.luecke@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |
| Katharine Laubach<br>United States Department of Justice<br>PO Box 7611<br>Washington, DC 20044-7611<br>202-305-8568<br>Email: katharine.laubach@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |

*/s/ Michael H. Strub, Jr.*