JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac pending)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac pending)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac pending)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for DATELINE RESOURCES LTD. and
COLOSSEUM RARE METALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; KEVIN SCHLUCKEBIER, in his official capacity as Acting Superintendent of Mojave National Preserve,<br><br>Defendants. | Case No. 2:26-cv-4002-CAS-AS<br><br>**DECLARATION OF MARI QUILLMAN IN SUPPORT OF DATELINE RESOURCES LTD. AND COLOSSEUM RARE METALS, INC.'S OPPOSITION TO PLAINTIFF NATIONAL PARKS CONSERVATION ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION** |

80688453

## DECLARATION OF MARI QUILLMAN

I, Mari Quillman, declare as follows:

1. I was previously a resident of Orange County, California but am currently a resident of San Miguel County, New Mexico. I am a Principal Biological Resources Program Manager with ECORP Consulting, Inc. (ECORP) and I have served in this role since August of 2004. Prior to my time at ECORP, I served as a Biological Resources Project Manager and Vice President at Chambers Group from May of 1989 to August of 2004. I am a wildlife biologist, and I have specific expertise in managing native habitat restoration projects for mine sites, public works projects, and for private developments. The goal of the native habitat restoration projects is to create, restore, and enhance native habitat for wildlife and plants. I completed my Bachelor of Science in Zoology at California State University, Pomona and my Master of Science in Environmental Studies at California State University, Fullerton.

2. Since February of 2022, I currently serve as the Chairperson of the Desert Tortoise Council (Council), a 501(c)(3) non-profit, and have served in this position since February 2022. The mission of the Council is to assure the perpetual survival of viable populations of desert tortoises throughout their historical range. I currently serve as the President of the Friends of the Northern New Mexico National Wildlife Refuges (Friends), a 501(c)(3), and have served in this position since November of 2023. The Friends group is committed to preserving and enhancing Refuge resources, and promoting conservation, science, and education. The group fosters public awareness and appreciation of the Refuges to support goals of the refuge system and opportunities for ongoing generations. I am of full legal age and make the following statements based on my own personal knowledge. If called to testify, I could and would do so.

3. Founded in 1987, ECORP is a California "S" Corporation that assists public and private clients with a wide range of environmental services including technical studies for biological, cultural, and water resources; land use planning; and

regulatory compliance with California Environmental Quality Act (CEQA), National Environmental Policy Act (NEPA), Clean Water Act (CWA), federal and state Endangered Species Acts, National Historic Preservation Act (NHPA), Clean Air Act, and other laws and regulations. ECORP provides a wide variety of services over the life of a project, from initial baseline biological, cultural resources, and environmental studies, through environmental planning and review, permit negotiation, liaison with resource agencies, mitigation design and implementation, construction supervision, and monitoring and compliance reporting. ECORP is a financially sound California Corporation with six offices serving clients throughout California.

4. Chambers Group, which is an environmental consulting firm, was incorporated in 1979 during the initial implementation of CEQA and has served both public and private entities in its over 40 years of continuous operation. Chambers Group is an employee-owned Department of General Services Small Business Enterprise with offices across southern California. Chambers Group was formed to address environmental protection requirements set forth by NEPA and CEQA and provides its clients with services in environmental compliance as well as natural and cultural resources management.

5. The Desert Tortoise Council (Council) was established in 1975 to serve in a professional advisory manner on matters involving management, conservation, and protection of desert tortoises and their habitats; to support and advocate measures that contribute to ensuring the continued survival of desert tortoises and the maintenance of their habitats in a natural condition; to stimulate and encourage studies on the ecology, biology, management, and protection of desert tortoises and their habitats; to gather and disseminate information on desert tortoises and their habitats, and to advocate science-based management and conservation; to maintain active public information and conservation education programs; to support conservation actions for the protection of other tortoises, turtles, and ecosystems, as appropriate; and to commend outstanding action and dedication by individuals and organizations

80688453

3

promoting the mission and objectives of the DTC.

6.    The Friends of the Northern New Mexico National Wildlife Refuges (Friends) are a non-profit corporation chartered under the laws of the State of New Mexico since 2004. The Friends promote the preservation of the natural and historical resources of the Refuges, foster their use and enjoyment by the public consistent with protection and preservation, and engage in such educational, scientific and civic activities as may assist the U.S. Fish and Wildlife Service (Service) refuge management in carrying out its mandates. Specific goals and objectives are reviewed and modified on a regular basis by the Board of Directors.

7.    My professional work has focused on conducting general and focused wildlife surveys (amphibian, reptiles, birds, and mammals) throughout southern California and evaluating habitats for their potential to support special-status wildlife species, including California Special Concern Species, and species that are listed as Threatened or Endangered or are considered Candidates for listing by the Service and the California Department of Fish and Wildlife (Department).

8.    I have specific expertise in planning and managing native habitat restoration projects that are designed to create, restore, and enhance native habitat for wildlife and plants. In fact, I have specific, relevant experience with planning and implementing a very successful habitat revegetation program at the Morning Star Mine, which is located approximately 15 miles south of the Colosseum Mine in the Ivanpah Mountains in the Mojave National Preserve (**see Figure 1**). Many of the restoration projects I have managed in the past were required by environmental permits as mitigation for project impacts or were conducted by a public or private client to restore historically damaged habitats on their lands. I have extensive experience conducting biological surveys, preparing biological technical reports, and preparing, implementing, and monitoring mitigation plans, habitat restoration plans, and revegetation plans for over 20 mine permitting and mine reclamation projects throughout southern California.



**Figure 1: Map Location of Colosseum Mine and Morningstar Mine**

9.     I have firsthand experience with implementing native habitat restoration projects in the Mojave National Preserve. I managed the preparation and implementation of native habitat restoration plans at four locations in the Mojave National Preserve (MNP), including Morning Star Mine, 17 Mile Point Prospect Site, PSI 139 Abandoned Mining Site, and AT&T Abandoned Underground Cable (Phases 1 and 2). The most significant site was the Morning Star Mine, which is a mine that resembled the conditions at the Colosseum Mine in that both mines have a large pit and adjacent disturbed areas associated with the mining and processing activities. Also, they are both located within the Mojave National Preserve, and both are situated in areas where native desert vegetation communities exist. The Morning Star Mine first became active in 1907 and was closed in 1942 by War Production Board's Order L-208, which closed gold mines. The Vanderbilt Gold Corporation acquired the property in 1964 and then commenced open pit mining at Morning Star Mine during

80688453                                                          5

late 1984. Gold and silver were extracted using the cyanide heap leaching process and mining activities created an open pit, cyanide leach pads, waste material dump, and



facilities area. The total area disturbed was approximately 150 acres. In the mid 1990's, the company went bankrupt and the mine was never reclaimed (**See Figure 2**).

**Figure 2: Aerial View of Morningstar Mine (2005)**

10.    In 2008, ECORP was subcontracted to Brittan Industries, Inc., a construction firm, to prepare a native habitat revegetation plan and then to implement the plan following the completion of reclamation activities, which were conducted by Brittan. The reclamation and habitat revegetation activities were limited to areas where facilities, equipment storage, and unnecessary access roads were located (**See Figure 3**).



**Figure 3: Morningstar Revegetation Site**

11.    My experience with the revegetation at the Morning Star Mine is significant and relevant to what has been done at the Colosseum Mine in the past and what will be done in the future when the mining is complete. Both sites are within the Mojave National Preserve, both sites have been disturbed by gold mining and the associated processing support facilities and equipment, including roads, buildings, workshops, water tanks, piping, and etc. **Photographs 1 and 2**, below, show the conditions at the Morning Star Mine revegetation site prior to implementing the habitat revegetation. The site was covered with debris piles, waste rock piles, construction equipment, old water tanks, pipes, and even old cars. In addition to preparing the habitat revegetation plan, ECORP monitored the stockpiling and spreading of topsoil and the installation of transplants, cuttings, and seed. ECORP

also prepared an as-built report that documented the methods during the topsoil salvage, topsoil spreading, seeding, and planting of transplants and cuttings. ECORP also monitored the site for three years for the purpose of documenting the status of the restoration areas and conducted quantitative monitoring to determine if the areas were meeting the performance goals stated in the native habitat revegetation plan. ECORP prepared annual reports documenting the results of the qualitative and quantitative monitoring that was conducted throughout each monitoring year. The third-year report, which was prepared in September of 2012 was titled, "2012 (Third Year) Revegetation Monitoring Report for the Phase I Restoration Area at the Morning Star Mine (ECORP 2012)," includes the methods used and the results of the 2012 monitoring, the revegetation plan, and the as-built report. The 2012 report is attached hereto as **Exhibit A**.



**Photograph 1 – Morning Star Mine Site Conditions Prior to Revegetation**



**Photograph 2 – Morning Star Mine Site Conditions Prior to Revegetation**

12.    The monitoring of the revegetation area at Morning Star Mine was only funded for three years but the results of the monitoring at the end of the third year indicated the site was progressing well, it appeared healthy, it continued to visually blend in with the surrounding undisturbed areas, and it was trending toward a successful restoration project. Four of the performance goals (erosion control, transplant survival, cutting survival, and weed cover) were met by the end of the third year after installation. **Photographs 3, 4, and 5, below,** show the revegetation site when the initial grading was completed, in 2012 during revegetation monitoring, and in 2014 during a follow-up site visit. The total number of surviving transplants was equivalent to an annual survival rate greater than 100 percent (approximately 114%) and recruitment of several plant species from adjacent areas and/or the seed mix were documented. The annual survival rate of the cactus cuttings was 97 percent, which exceeded the performance goal of 95 percent. The plant species observed during the monitoring did not include all of the species that were originally observed on the site or in adjacent areas prior to the restoration. However, 13 native annual and perennial plant species that were not present prior to the restoration were found in the restoration

area during 2012, which indicates that natural recruitment of plant species was occurring. Less than two percent cover of weed cover was documented in the restoration area, which met the performance goal of less than five percent cover of weeds. Even though the revegetation site was only monitored for three years, it should only improve over time and the plant species diversity and percent cover of native plants are expected to continue to increase.



**Photograph 3 – Morning Star Mine Revegetation Site Post Grading**



**Photograph 4 – Morning Star Mine Revegetation Site in 2012**



**Photograph 5 – Morning Star Mine Revegetation Site in 2014**

13.    The success of the Morning Star Mine revegetation project shows that

revegetation can be done at a mine in the Mojave National Preserve. In the desert specifically, the availability of water through precipitation does have a bearing on how quickly an area will become revegetated and growth rates can be slow. The revegetation area at the Morning Star Mine project benefitted from the application of water during the three-year monitoring period. However, I also have extensive experience with reclamation/revegetation projects at other mines in the Mojave Desert where supplemental water was not applied and the revegetation areas met the performance standards, but it just took a longer period of time.

14.    In 2024, I managed a project for Colosseum Rare Metals, Inc. (CRM), which included conducting an assessment of an approximately 0.5-acre staging area and an access road leading to the Colosseum Mine (ECORP 2024). The assessment was conducted in response to the NPS's Natural Resource Stewardship and Science (NRSS) Directorate (Science & Resource Stewardship Division) that prepared two assessment documents pursuant to a System Unit Resource Protection Act (SURPA) violation claim against CRM. The NPS alleged that CRM's activities conducted at the staging area (minor vegetation clearing) and along select portions of Colosseum Road (road maintenance) were not permitted. The results of the assessment were included in a report prepared by ECORP in December of 2024, which was titled, "Field Assessment Report for the Colosseum Road and a Staging Area Associated with the Colosseum Mine." The field assessment was conducted by two qualified biologists who mapped and documented the current conditions at each area of alleged damage areas along the road. The biologists also noted the level of natural recruitment by native plants species. In addition, they documented the number of shrubs that showed signs of recovery and those that appeared to be dead or in a condition unlikely to survive. The plant species present in each alleged damaged area were documented and photographs were taken to provide a visual representation of the conditions at each alleged damaged area. At the staging area, a modified point-line intercept method along a transect line was used to determine the current cover of perennial

shrubs and the shrub density. The December 2024 report is attached hereto as **Exhibit B**.

15. The results of the field assessment described above. determined that the NPS estimated the total acreage in the alleged damage areas at 1.3 acres, but ECORP assessed the total acreage at 1.033 acres. The NPS estimated the number of killed plants in the alleged damage areas to be 871 and the total number of damaged shrubs at 357. ECORP's assessment of all alleged damage areas, including both the areas affected by the road maintenance and the staging area, identified a total of 83 dead shrubs and 118 recovering shrubs, and 2,097 native plant recruits. The discrepancy between the results may be partially due to the use of aerial imagery by NPS rather than systematic and quantitative sampling in the field by ECORP.

16. The staging area, which was previously used for the main office buildings for the mining operation, was revegetated in 1996 after the buildings were removed. The soils in the staging area were decompacted and the area was seeded with 28 native plant species. The NPS's identified 547 dead shrubs in the staging area while ECORP's systematic, quantitative assessment did not identify any dead shrubs in the staging area. ECORP's assessment also identified 942 plants that had naturally recruited in the staging area. The fact that natural recruitment was observed indicates the reclaimed areas are in fact able to support natural plant communities after reclamation and revegetation activities have been conducted.

17. I have reviewed historic and current photographs of areas at the Colosseum Mine to determine if areas that supported mine facilities, waste dumps, access roads, and the tailings pond were revegetated following reclamation. Comparison photos of the historic conditions and current conditions at the Colosseum Mine are included in the Declaration by Mr. Simon Slesarewich and are referenced here for clarity of this discussion. The photo comparisons at **Location 1**, below show the tailings dam and pond when it was in use and after it was revegetated. The comparison clearly shows that revegetation has occurred in the area where the tailings

dam and pond were located. The top photos in the photo comparisons at **Locations 2 and 3** show the historic conditions at the Colosseum Mine site and the bottom photos in each of those comparisons show the revegetated condition after the mine was reclaimed.  The revegetated areas show a substantial level of shrub cover, which likely developed from the revegetation seed mix that was applied after reclamation grading was completed. In addition, there is likely some natural recruitment of plant species from adjacent areas that were not included in the revegetation seed mix. The revegetation seed mix in mine reclamation plans typically include a refined mix of



plant species that are native to the area and that grow easily or quickly, but the mix





typically does not include all the species found in the adjacent, undisturbed areas. One

reason for this may be that some species do not germinate easily from seed and need some sort of seed scarification, such as being exposed to the digestive acids in a rodent's or bird's intestinal tract, or other treatment to increase the chance of germination. Or some plant species may be in such low densities that enough seed material may not be available to include in the revegetation seed mix. Therefore, the revegetation areas typically do not initially support the same diversity of plant species as the adjacent undisturbed areas. However, over time, natural recruitment of other plant species from the adjacent areas may occur because of wind or wildlife that may carry seeds into the revegetation areas.

18.    I have also reviewed photographs provided by Chance Wilcox in his Declaration in support of the Plaintiff's Motion for a Preliminary Injunction. Mr. Wilcox included a photograph in his Declaration of the grading of Colosseum Mine Road in March of 2026 (labeled Photo 10). In Mr. Simon Slesarewich's Declaration, he identified the locations of old waste dumps adjacent to Colosseum Mine Road.   I have used his photo below to show that the areas on each side of the road are revegetated waste dumps from the former mining operation. The waste dumps in this photo have been revegetated to a point that observers likely don't realize the areas were previously disturbed by mining operations. This photograph provides evidence that past revegetation efforts at the Colosseum Mine have been successful and I



Photo 10: Grading of Colosseum Road in March 2026.

anticipate that future revegetation efforts will also be successful.

19.    I have reviewed the San Bernardino County Notice of Completion of Inspection (Pursuant to public Resources Code Section 2774(b)) prepared for the Colosseum Mine on February 12, 2018, which indicated the mine reclamation was compliant with the Surface Mining and Reclamation Act (SMARA). In the inspection report under the Erosion Control section, it states, "The granular characteristic of the rock will provide sites for both moisture and seed entrapment. This, coupled with the natural weathering processes, will enhance the natural productivity of indigenous plant life. Reestablishment of compatible vegetation on the waste dump slopes and surface will also be by natural processes. Based on the results of this inspection and a follow-up SMARA annual inspection report in November of 2021, the SMARA inspectors acknowledged that the characteristics of the rock/soil substrate on the slopes and the surface areas at the Colosseum Mine will be revegetated by natural processes.

20.    The revegetation at the Colosseum Mine was conducted in accordance with the mine reclamation plan, which was approved by San Bernardino County on June 30, 1985. The reclamation plan required stockpiling of topsoil for use in "natural revegetation" of tailings impoundment.  The Conditions of Approval also include a requirement to stockpile topsoil and to use it for establishing the revegetation. Condition 27 states, "Soil removed from the site would be stockpiled and used as final cover for establishing the revegetation and natural contouring of altered topography as described in the Reclamation Plan. Condition 52 states, "During the reclamation phase, the tailings impoundment will be covered with waste rock (contoured to conform TO THE EXTENT POSSIBLE to surrounding topography); stockpiled topsoil will be added, and the area will be revegetated with native species. Condition 55 states, "Revegetation of the tailings impoundment and other reclaimed areas (such as the office/mill site) should attempt to reestablish the community structure that currently exists . Initial revegetation should concentrate on forbs and grasses that will

hold the soil and fix nitrogen. The nitrogen-fixing plants that could be seeded include *Lotus rigidus*, *L. scoparius*, *Acacia greggii*, and *Atstragalus minthorniae*. These species will increase the fertility of the soil and should make establishment of other species more successful. Other species that should be attempted include *Eriogonum fasciculatum*, *Coleogyne ramosissima*, Purshia glandulosa, *Salazaria mexicana*, and all grasses."

21.    The Colosseum Mine, which is located in a remote portion of the Clark Mountains, was operated intermittently from the 1860s.    Active mining and processing paused in 1993 and reclamation activities were undertaken, although my understanding is that reclamation has not been completed and a reclamation bond is still in place. Wildlife and plant species that reside in the areas around the mine are adapted to surviving and traveling around the mine due to the long-term presence of the mine. The remote location of the mine and the presence of abundant habitat areas around the mine provide ample opportunities for wildlife and pollinators to reside in or to travel through as they go about their normal activities. In addition, with the availability of suitable habitat around the mine, I would not expect genetic exchange or seed dispersal to be restricted near the existing mine. I would not expect the mine to cause fragmentation of habitat between the Clark, Ivanpah, and Spring Mountains because the mine is restricted to a remote location in the Clark Mountains and the mine is surrounded by open space and native habitats. The Colosseum mine is not located immediately adjacent to the Interstate 15 Freeway, solar development (although several large solar facilities are generally proximate), or other mining operations and it is not impeding a restricted wildlife movement corridor and therefore, wildlife that travel around the mine and plants that depend on seed dispersal will not be blocked by mine operations. After the reclamation and revegetation are implemented, there will be additional habitat areas for plants, wildlife, and pollinators to reside and thrive.

22.    I do not expect irreparable harm to occur to rare and endemic plants,

calcareous soils, or specialized soil crusts because of the activities conducted at the Colosseum Mine in the next 12 to 18 months. The planned activities are primarily related to working in the previously disturbed areas to rebuild the infrastructure, including buildings, laboratory and processing facilities, and other facilities. When mining recommences, there may be potential for impacts to rare and endemic plants, calcareous soils, and biological crusts if they occur in the areas where disturbance will occur. However, I don't believe there will be irreparable harm to these species or soils. Proper topsoil salvage and storage practices help to preserve the seed bank, organic matter, and microorganisms that comprise the upper-soil layers and can be a beneficial component of revegetation following disturbance in desert habitats. Proper placement of topsoil prior to seed application during revegetation will provide seeds with a suitable substrate for germination and will likely increase the recruitment success for a broad range of plant species, including rare and endemic plant species.

23. I do not expect dust or noise generated by further exploration and extraction operations at the Colosseum Mine to have a significant impact on plants, wildlife, pollinators, or seed dispersers. The mining operation is required to comply with permits related to managing the fugitive dust and PM10, which require frequent watering/chemical stabilization of operating surfaces, haul roads, crushing, and material handling. The management of dust producing activities will minimize the amount of dust deposited on plants in adjacent areas. In addition, desert habitats are harsh environments that are frequently subjected to windblown dust and particles. Desert plants have many adaptations to arid and dusty environments including reduced leaf surface area or leaves that have been modified into spines or thorns, waxy cuticles that cover the leaves, and sunken stomata. Windblown dust can provide plants with additional minerals and nutrients and recent studies have shown that plants can directly obtain these nutrients through their foliage (ReAnton Lokshin, et al. 2026. Atmospheric dust is a global nutrient source for plants via foliar uptake. New Phytologist. 250: 2867-2883.) While significant dust accumulation on desert plants

can interfere with photosynthesis and stomatal functions, minor dust accumulation should not cause any significant harm to plants and may offer some benefit. I don't believe that noise generated by the mining activities will cause irreparable harm to the wildlife species residing in the vicinity of the mine. The 1985 Draft EIR/EIS characterized noise and related disturbance from expanded operations as a minor impact on bighorn sheep, noting that the Clark Mountain herd has a history of coexisting with the mining operations and is expected to adjust by avoiding directly affected areas (Draft EIR/EIS, Mar. 1985, § III.). The same document notes that the bighorn sheep were observed watching noisy drilling rigs from a safe distance with no signs of nervousness (Draft EIR/EIS, Mar. 1985, § III.C.).

24.    The Colosseum Mine Road was historically traveled by trucks and heavy equipment when the mine was in active operations. Colosseum Mine Road has in the past been used by off-highway vehicle groups for jeep tours as is evidenced by many videos of these activities that are readily available on the internet. Casual visitors to the mine, who had participated in such jeep tours or who made the mine their own destination did not adhere to any rules or regulations as they traveled on the road. Some of the videos show the vehicles pulling off on the edge of the road to park and because the road was narrow and difficult to navigate in places, vehicles likely had to trample the vegetation on the edges of the road when passing other vehicles on the road. The Colosseum Mine employees and contractors will have to adhere to the 1987 Decision, which states, "A maximum speed limit of 25 mph will be mandated on the entire access road for the life of the mine. The speed limit will be written into all contracts between Colosseum and its contractors." The road improvements will ensure that vehicle traffic associated with the mining operation will remain on the road and will not impact vegetation on the road edges.

25.    The lower speed limit is critical for protecting desert tortoises that might venture onto Colosseum Mine Road. The Mojave desert tortoise (*Gopherus agassizii*) is listed as threatened by the Service and as endangered by the Department. Desert

JMM Jeffer Mangels & Mitchell LLP

80688453

20

tortoises typically live in desert valleys between approximately 1,000 and 4,000 feet in elevation. This species has been documented in and around the Clark Mountains, primarily occupying the lower-elevation creosote bush scrub, washes, and alluvial fans. The elevation of the Colosseum Mine is approximately 5,5,00 feet so I don't believe there will be any impacts to desert tortoises from activities at the mine site. As vehicles travel through the lower elevations of Colosseum Mine Road, there is a chance of encounters with desert tortoises on the road. Implementation of the 25-mph speed limit for Colosseum Mine employees and contractors will minimize the likelihood of any harm to desert tortoises. However, vehicles that are not associated with the mine and who don't adhere to any speed limit regulations may have a higher likelihood of injuring or killing a tortoise on Colosseum Mine Road.

26.     I do not believe that the vehicles, construction equipment, and workers of the Colosseum Mine should be singled out as vectors for the introduction of nonnative plant species to the Clark Mountains. Casual visitors and jeep caravan tours that include many vehicles have also historically used Colosseum Mine Road and their vehicles could also be vectors of nonnative plant species. Use of Colosseum Mine Road by employees' and contractors' vehicles may transport seeds of nonnative plant species but the ability of those seeds to germinate, grow, and survive in the harsh desert is dependent upon a specific set of environmental conditions, including the availability of water, appropriate soils, and available nutrients in the soils. Roadsides are known as preferential migration corridors for nonnative plants species. The environmental conditions must be just right for the nonnative species to grow and develop seeds that then may be spread to adjacent areas. The actual impact they may have on adjacent native plant communities is difficult to quantify because the nonnative plant species would have to outcompete the native plant species for resources. And the ability of this to happen varies depending upon the native plant species and the competing nonnative plant species.

27.     I have been an environmental consultant for 37 years specializing in

biological resources, particularly wildlife and habitats that support sensitive and listed species, and I have managed many successful habitat revegetation projects for various types of mines. I don't believe the reactivation of the Colosseum Mine will result in irreparable harm to plants and wildlife that are present near the Colosseum Mine because the impacts will be restricted to the mine plan area and a revegetation plan will be implemented consistent with the approved Plan of Operations. Wildlife and pollinators will be able to utilize the revegetated areas, and the exchange of genetic material and seed dispersal will also continue to occur without restrictions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of July, 2026, at San Miguel County, New Mexico.

Mari Quillman

80688453

22