JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac pending)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac pending)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac pending)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for DATELINE RESOURCES LTD. and
COLOSSEUM RARE METALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; KEVIN SCHLUCKEBIER, in his official capacity as Acting Superintendent of Mojave National Preserve,<br><br>Defendants. | Case No. 2:26-cv-4002-CAS-AS<br><br>**DECLARATION OF KERRY SHAPIRO IN SUPPORT OF DATELINE RESOURCES LTD. AND COLOSSEUM RARE METALS, INC.'S OPPOSITION TO PLAINTIFF NATIONAL PARKS CONSERVATION ASSOCIATION'S MOTION FOR PRELIMINARY INJUNCTION** |

JMM | Jeffer Mangels & Mitchell LLP

80688788

## <u>DECLARATION OF KERRY SHAPIRO</u>

I, Kerry Shapiro, declare as follows:

1.      I am a partner at Jeffer Mangels & Mitchell LLP ("JMM") and Chairman of the firm's Natural Resources & Mining Group, and I am counsel of record for proposed intervenors Dateline Resources Limited ("Dateline") and Colosseum Rare Metals, Inc. ("CRM"). I make this declaration based on my own personal knowledge and, where indicated,  on my review of correspondence and records that I wrote, received, or maintained in the course of representing CRM. If called as a witness, I could and would testify competently to the matters stated herein.

2.      In my capacity as counsel for CRM, I have personally conducted and overseen correspondence with the United States Department of the Interior, the National Park Service, and the Mojave National Preserve concerning CRM's valid existing rights at the Colosseum Mine, and I am familiar with the communications described below.

3.      A true and correct copy of my January 30, 2025 letter to Secretary of the Interior Doug Burgum is attached hereto as **Exhibit A**.

4.      A true and correct copy of the April 3, 2025 letter from Acting NPS Director Jessica Bowron to me is attached hereto as **Exhibit B**.

5.      A true and correct copy of the April 10, 2025 letter from the Mojave National Preserve Superintendent to Dateline is attached hereto as **Exhibit C**.

6.      A true and correct copy of the December 16, 2021 letter from Lahontan Regional Water Quality Control Board to me is attached hereto as **Exhibit D**.

7.      A true and correct copy of CRM's March 10, 2023 cover letter to NPS Regional Director Frank Lands and accompanying Statement of Appeal and Statement of Reasons is attached hereto as **Exhibit E**.

8.      A true and correct copy of the August 26, 2025 letter from Secretary of the Interior Doug Burgum to Senator Adam B. Schiff regarding the Colosseum

80688788

Mine is attached hereto as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of July, 2026, at San Francisco, California.

.

/s/ *Kerry Shapiro*
Kerry Shapiro