GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
KATRINA A. TOMAS (CA Bar No. 329803)
ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.,* <br><br> Defendants. | No.: 2:26-cv-4002-CAS-AS <br><br> **PLAINTIFF'S RESPONSE TO PROPOSED INTERVENORS' *EX PARTE* APPLICATION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff National Parks Conservation Association (NPCA) submits this response to the *ex parte* application filed by proposed intervenors Dateline Resources Ltd. and Colosseum Rare Metals, Inc. (collectively, CRM) on July 6, 2026.  Dkt. No. 25.

PLAINTIFF'S RESPONSE TO PROPOSED INTERVENORS' *EX PARTE* APPLICATION

As set forth in NPCA's July 8, 2026, response to CRM's pending motion to intervene, Dkt. No. 26, NPCA does not oppose CRM's intervention in this case by permission under Federal Rule of Civil Procedure 24(b), subject to two reasonable conditions on CRM's participation. Specifically, CRM should be required to coordinate its briefing with the federal defendants to avoid unnecessary duplication of arguments. Second, CRM should be prohibited from seeking discovery or otherwise attempting to introduce evidence outside of the administrative record.

Subject to those conditions and pending the Court's ruling on CRM's motion to intervene, NPCA does not oppose CRM's application for leave to file its proposed brief in opposition to NCPA's motion for a preliminary injunction, Dkt. No. 25-3. Nor does NPCA oppose CRM's request to be heard at oral argument on NPCA's motion for preliminary injunction.

Respectfully submitted,

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org

Dated: July 8, 2026

/s/ Katrina A. Tomas
KATRINA A. TOMAS (CA Bar No. 329803)
ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*

2
PLAINTIFF'S RESPONSE TO PROPOSED INTERVENORS' *EX PARTE* APPLICATION