JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac vice)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac vice)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac vice)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Intervenor-Defendants
COLOSSEUM RARE METALS, INC.
and DATELINE RESOURCES LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>        Defendants. | Case No. 2:26-cv-4002-CAS-AS<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER** |

JMM | Jeffer Mangels & Mitchell LLP

80774888v1

NOTICE OF LODGING

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Intervenor-Defendants Colosseum Rare Metals, Inc. ("CRM") and Dateline Resources LTD. ("Dateline," collectively, "Intervenor-Defendants") hereby lodge the attached proposed modification to the Court's proposed Order if the Court grants the motion if the Court grants Plaintiff National Parks Conservation Association's Motion for Preliminary Injunction. This proposed modification supersedes and replaces the proposed modification attached to Intervenor-Defendants' supplemental brief (ECF No. 45-1).

DATED:  August 4, 2026

JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO
MICHAEL H. STRUB, JR.
HA CHUNG

By: _____
MICHAEL H. STRUB, JR.
Attorneys for Intervenor-Defendants
COLOSSEUM RARE METALS, INC. and
DATELINE RESOURCES LTD.

80774888v1

2

NOTICE OF LODGING

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2026, I electronically filed the foregoing **NOTICE OF LODGING OF [PROPOSED] ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gabriel F. Greif<br>Earthjustice<br>707 Wilshire Blvd, Suite 4300<br>Los Angeles, CA 90017<br>415-217-2000<br>Fax: 415-217-2040<br>Email: ggreif@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Gregory Cahill Loarie<br>Katrina Anais Tomas<br>Earthjustice<br>1 Sansome Street, Suite 1700<br>San Francisco, CA 94104<br>415-217-2000<br>Fax: 415-217-2040<br>Email: gloarie@earthjustice.org<br>Email: ktomas@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Daniel Luecke<br>DOJ-Enrd<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>202-598-7863<br>Email: daniel.luecke@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |
| Katharine Laubach<br>United States Department of Justice<br>PO Box 7611<br>Washington, DC 20044-7611<br>202-305-8568<br>Email: katharine.laubach@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |

*/s/ Michael H. Strub, Jr.*

80774888v1

3

NOTICE OF LODGING