

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

NATIONAL PARKS CONSERVATION ASSOCIATION,

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR, et al.

Defendants.

Case No. 2:26-cv-4002-CAS-AS

**[PROPOSED] ORDER**

80761532

Case No. 2:26-cv-4002-CAS-AS

The Court hereby **ORDERS** as follows:

(1) Defendants U.S. Department of the Interior, Doug Burgum, National Park Service, Jessica Bowron, and Kevin Schluckebier, shall set aside, pending final judicial review on the merits, NPS's April 2025 decision that the BLM Plan remains in effect and that CRM does not require NPS approval of mining operations within Mojave National Preserve;

(2) Defendants U.S. Department of the Interior, Doug Burgum, National Park Service, Jessica Bowron, and Kevin Schluckebier, as well as their employees, agents, and any other persons acting on their behalf, are enjoined from authorizing mining operations within Mojave National Preserve absent compliance with all applicable laws and regulations, including 36 C.F.R. § 9.10;

(3) Intervenor-Defendants Dateline Resources Ltd. and Colosseum Rare Metals, Inc. shall halt operations within Mojave National Preserve in an orderly and safe manner, including demobilization of equipment and drill rigs, implementation of safety measures, and inspection of the site in a manner that ensures the site is safe and secure, and are enjoined from continuing operations within Mojave National Preserve absent compliance with all applicable laws and regulations, including 36 C.F.R. § 9.9, consistent with the following:

a) Site Safety: Intervenor-Defendants may (i) restore fencing around pits, (ii) place berms on roads, pads, and areas to avoid hazardous conditions, (iii) secure any tunnels and vaults, (iv) secure all containers, (v) grout all open drill holes, (vi) reclaim any drill sites and fill sumps, and (vii) remove any barricades, signage, or other features indicating an active mine site.

b) Demobilization: Intervenor-Defendants may (i) notify drill rig and

other equipment contractors to immediately demobilize their equipment and crew; (ii) demobilize Dateline drill rigs and other equipment; and (iii) following completion of Site Safety activities in Section (3)(a), above, demobilize any remaining equipment and personnel.

c) Intervenor-Defendants shall have up to two (2) months from commencement of the tasks listed in (a) and (b) above, to complete said tasks.

d) Ongoing Monitoring Obligations: Intervenor-Defendants may (i) continue to undertake quarterly water monitoring as required by Cal. Reg'l Water Quality Control Bd., Lahontan Region, Order No. 6-96-11, Monitoring & Reporting Program No. 96-11, p.4 (Feb. 8, 1996). Time required: quarterly ongoing.

e) Invervenor-Defendants may take any other action necessary to comply with applicable law regulation or orders from agencies.

(4) Defendants and Intervenor-Defendants shall file status reports within 15 days of this order documenting and confirming compliance with the Court's preliminary injunction; and

(5) No security need be given by plaintiff to make this order effective.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Christina A. Snyder
U.S. District Court Judge

JMM | Jeffer Mangels & Mitchell LLP