ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

DANIEL LUECKE
daniel.luecke@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7863

KATHARINE LAUBACH
katharine.laubach@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St. – North Terrace, Ste. 600
Denver, CO 80202
Tel: (202) 353-5765

*Counsel for the Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL PARKS CONSERVTION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>Federal Defendants,<br><br>and<br><br>DATELINE RESOURCES LTD., et al.,<br><br>Intervenor Defendants. | Case No. 2:26-cv-04002-CAS-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint served: May 7, 2026<br>Current response date: August 5, 2026<br>New response date: August 19, 2026 |

The above-captioned parties in this matter hereby stipulate that the deadline for Federal Defendants to respond to the initial complaint be extended by 14 days to **August 19, 2026**.

On May 7, 2026, Plaintiff completed service of the initial complaint on Federal Defendants, resulting in an original response deadline of July 6, 2026. Plaintiff and Federal Defendants subsequently stipulated to extend that deadline by 30 days to August 5, 2026.  Dkt. 22. The parties now stipulate to further extend Federal Defendants' deadline by 14 days to August 19, 2026. Good cause exists for the extension given the ongoing proceedings related to the pending motion for preliminary injunction and the need for additional time for agency personnel to review the allegations in the complaint.

Accordingly, pursuant to L.R. 8-3, the parties respectfully request that Court approve the stipulated extension.

DATED:  August 4, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General

/s/ Daniel Luecke
DANIEL LUECKE
daniel.luecke@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7863

KATE LAUBACH (CO Bar No. 42694)
katharine.laubach@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street – North Terrace, Ste. 600
Denver, CO 80202
Tel: (202) 353-5765

*Counsel for Federal Defendants*

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org

*/s/ Katrina A. Tomas*
KATRINA A. TOMAS (CA Bar No. 329803)
ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*

JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO
MICHAEL H. STRUB, JR.

*/s/ Kerry Shapiro*
KERRY SHAPIRO

*Counsel for Intervenor Defendants*