**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL PARKS CONSERVTION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>Federal Defendants,<br>And<br><br>DATELINE RESOURCES LTD., et al.,<br><br>Intervenor-Defendants. | Case No. 2:26-cv-04002-CAS-ASx<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The Court, having considered the parties' stipulation to extend Federal Defendants' deadline to respond to the initial complaint by 14 days, and being fully advised on the matter, the Court hereby **GRANTS** the stipulation. Federal Defendants' response to the initial complaint shall be due August 19, 2026.

**IT IS SO ORDERED.**

Dated: August 5, 2026

_Christina A. Snyder_

HONORABLE CHRISTINA A. SNYDER