GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org
KATRINA A. TOMAS (CA Bar No. 329803)
ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.,* <br><br> Defendants. | No.: 2:26-cv-4002-CAS-AS <br><br> **PLAINTIFF'S NOTICE OF LODGING REVISED [PROPOSED] ORDER** |

PLAINTIFF'S NOTICE OF LODGING REVISED [PROPOSED] ORDER

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff National Parks Conservation Association (NPCA) lodges herewith a revised proposed order granting NPCA's Motion for Preliminary Injunction in the above-captioned case (Dkt. 20).

NPCA's revised proposed order is based upon and is substantially similar to the modified proposed order lodged by Intervenor-Defendants on August 4, 2026 (Dkt. 46-1). However, NPCA's revised proposed order includes a small number of clarifying refinements intended to reduce ambiguity and better reflect the Court's tentative order. *See* Civil Minutes for July 27, 2026.

For the convenience of the Court, NPCA is lodging its revised proposed order in two forms: Exhibit A hereto sets forth NPCA's proposed refinements in redline edits; Exhibit B is a clean version.

Respectfully submitted,

GREGORY C. LOARIE (CA Bar No. 215859)
gloarie@earthjustice.org

Dated: August 7, 2026

/s/ Katrina A. Tomas
KATRINA A. TOMAS (CA Bar No. 329803)
ktomas@earthjustice.org
EARTHJUSTICE
1 Sansome Street, Suite 1700
San Francisco, California 94104
T: (415) 217-2000 ● F: (415) 217-2040

GABRIEL F. GREIF (CA Bar No. 341537)
ggreif@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Ste. 4300
Los Angeles, CA 90017
T: (415) 217-2000 ● F: (415) 217-2040

*Counsel for Plaintiff*