ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

DANIEL LUECKE
daniel.luecke@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7863

KATHARINE LAUBACH
katharine.laubach@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St. – North Terrace, Ste. 600
Denver, CO 80202
Tel: (202) 353-5765

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>Federal Defendants,<br><br>and<br><br>DATELINE RESOURCES LTD., et al.,<br><br>Intervenor-Defendants. | Case No. 2:26-cv-04002-CAS-AS<br><br>**STATUS REPORT** |

Pursuant to the Court's August 10, 2026, Order, Dkt. 53, Federal Defendants hereby submit the following status report regarding their compliance with the Court's preliminary injunction.

Federal Defendants have informed all relevant decisionmakers at the Department of the Interior, including the National Park Service, of the Court's August 10, 2026, Order. Consistent with the Court's Order, Federal Defendants have provisionally set aside, pending final judicial review on the merits, the April 2025 letter from the National Park Service determining that the existing Plan of Operation for the Colosseum Mine remains in effect. Accordingly, Federal Defendants have obtained confirmation from Intervenor Defendants that they are halting operations and demobilizing in accordance with the Court's Order. Federal Defendants shall not allow mining operations within Mojave National Preserve absent compliance with all applicable laws and regulations, including 36 C.F.R. § 9.10, while the Court's preliminary injunction is in effect.

DATED: August 25, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Daniel Luecke*
DANIEL LUECKE
daniel.luecke@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7863

KATE LAUBACH (CO Bar No. 42694)
katharine.laubach@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division

Natural Resources Section
999 18th Street – North Terrace, Ste. 600
Denver, CO 80202
Tel: (202) 353-5765

*Attorneys for Federal Defendants*