JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac vice)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac vice)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac vice)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Intervenor-Defendants
COLOSSEUM RARE METALS, INC.
and DATELINE RESOURCES LTD.

JMM | Jeffer Mangels & Mitchell LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>Defendants. | Case No. 2:26-cv-4002-CAS-AS<br><br>**INTERVENOR-DEFENDANTS COLOSSEUM RARE METALS, INC. AND DATELINE RESOURCES LTD.'S STATUS REPORT** |

Pursuant to Paragraph V.(4) (at page 42) of the Court's August 10, 2026 Order Granting Plaintiff's Motion for Preliminary Injunction, ECF No. 53, Intervenor-Defendants Colosseum Rare Metals, Inc. ("CRM") and Dateline Resources LTD. ("Dateline," collectively, "Intervenor-Defendants") respectfully submit this Status Report documenting and confirming compliance with the Court's preliminary injunction. After the Court issued its Order, Intervenor-Defendants have done the following:

- Halted mining operations within Mojave National Preserve;
- Demobilized one drill rig, support equipment and personnel;
- Demobilized 2 trucks;
- Completed rehabilitation of 70% of drill pads;
- Secured the mine site and removed temporary structures;
- Notified drill rig and other equipment contractors to demobilize their equipment and crew;
- Commenced the earth works described in Paragraph V.(3)(a) of the Court's Order to make the site safe; and
- Installed 70% of fencing around the open pits.

Intervenor-Defendants will file a supplemental status report on or before October 19, 2026.

JMM Jeffer Mangels & Mitchell LLP

DATED: August 25, 2026

JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO
MICHAEL H. STRUB, JR.

By: */s/ Michael H. Strub, Jr.*
MICHAEL H. STRUB, JR.

DATED: August 25, 2026

HOLLAND & HART LLP
MURRAY FELDMAN
JENNIFER SCHELLER NEUMANN
AMELIA YOWELL
ANDREA J. DRIGGS

By: */s/ Murray Feldman*
MURRAY FELDMAN

Attorneys for Intervenor-Defendants Dateline Resources Ltd. and Colosseum Rare Metals, Inc.

JMM Jeffer Mangels & Mitchell LLP

JMM | Jeffer Mangels & Mitchell LLP

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2026, I electronically filed the foregoing **INTERVENOR-DEFENDANTS COLOSSEUM RARE METALS, INC. AND DATELINE RESOURCES LTD.'S STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gabriel F. Greif<br>Earthjustice<br>707 Wilshire Blvd, Suite 4300<br>Los Angeles, CA 90017<br>415-217-2000<br>Fax: 415-217-2040<br>Email: ggreif@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Gregory Cahill Loarie<br>Katrina Anais Tomas<br>Earthjustice<br>1 Sansome Street, Suite 1700<br>San Francisco, CA 94104<br>415-217-2000<br>Fax: 415-217-2040<br>Email: gloarie@earthjustice.org<br>Email: ktomas@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Daniel Luecke<br>DOJ-Enrd<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>202-598-7863<br>Email: daniel.luecke@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |
| Katharine Laubach<br>United States Department of Justice<br>PO Box 7611<br>Washington, DC 20044-7611<br>202-305-8568<br>Email: katharine.laubach@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |

*<u>/s/ Michael H. Strub, Jr.</u>*