JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac vice)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac vice)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac vice)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Intervenor-Defendants
COLOSSEUM RARE METALS, INC.
and DATELINE RESOURCES LTD.

JMM Jeffer Mangels & Mitchell LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>Defendants. | Case No. 2:26-cv-4002-CAS-AS<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS COLOSSEUM RARE METALS, INC. AND DATELINE RESOURCES LTD.'S MOTION FOR STAY PENDING APPEAL**<br><br>Date: October 26, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Christina A. Snyder |

JMM Jeffer Mangels & Mitchell LLP

This matter having come before the Court on Intervenor-Defendants Colosseum Rare Metals, Inc. and Dateline Resources Ltd.'s ("Intervenor-Defendants") Motion for Stay Pending Appeal (the "Motion"), filed pursuant to Federal Rule of Civil Procedure 62(d), and the Court having considered the papers filed in support of the Motion and in opposition to the Motion, the Declarations and exhibits submitted in support thereof, the pleadings and records on file in this action, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.
2. The Court's August 10, 2026 Order granting a preliminary injunction (Dkt. 53) is STAYED pending resolution of Intervenor-Defendants' appeal to the United States Court of Appeals for the Ninth Circuit, including the filing and disposition of any petition for rehearing or rehearing en banc.
3. During the pendency of the stay, Intervenor-Defendants may resume operations at the Colosseum Mine within the Mojave National Preserve in accordance with their approved Plan of Operations.
4. This Order shall take effect immediately upon entry.

**IT IS SO ORDERED.**

Dated: ________________ ______________________________

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE