ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

DANIEL LUECKE
daniel.luecke@usdoj.gov
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7863

KATHARINE LAUBACH
katharine.laubach@usdoj.gov
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
999 18th St. – North Terrace, Ste. 600
Denver, CO 80202
Tel: (202) 353-5765

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>Federal Defendants,<br><br>and<br><br>DATELINE RESOURCES LTD., et al.,<br><br>Intervenor-Defendants. | Case No. 2:26-cv-04002-CAS-AS<br><br>**FEDERAL DEFENDANTS' STATUS REPORT**<br><br>Judge: Hon. Chrstina A. Snyder |

Defendants U.S. Department of the Interior, Secretary of the Interior Doug Burgum, the United States National Park Service, Acting Director of the Park Service Jessica Bowron, and Acting Superintendent of the Mojave National Preserve Kevin Schluckebier (hereinafter "Federal Defendants"), respectfully submit this Status Report pursuant to the Court order granting Plaintiffs' motion for preliminary injunctive relief ("order"). *See* Dkt No. 53. The order requires a status report from Federal Defendants and Intervenor-Defendants "within 15 days of the deadline set forth in Section(c)," i.e., a status report no later than November 3, 2026. *Id.*

On September 22, 2026, Federal Defendants and Intervenor-Defendants, separately, notified the Court of their appeals to the United States Court of Appeals for the Ninth Circuit of the order. Dkt. Nos. 59, 60. Thereafter, Federal Defendants and Intervenor-Defendants separately moved to stay the order pending resolution of those appeals. *Id.* at 57, 62. The parties have completed all briefing on the motions to stay. Federal Defendants and Intervenor-Defendants have waived the hearing, set for October 26, 2026 at 10:00 a.m. Pacific Time, on the Motions to Stay. *Id.* at 67, 68. Federal Defendants, mindful of both the Court's docket and finite resources, respectfully request the Court to vacate that hearing and rule on the Motions to Stay no later than October 22, 2026. Plaintiff does not join in this request.[1]

Consistent with the order and Federal Defendants' status report of August 25, 2026, Dkt. No. 54, Federal Defendants continue to not "allow[] mining

---

[1] On October 15, 2026, undersigned counsel communicated to Plaintiff that Federal Defendants and Intervenor-Defendants seek for the October 26, 2026 hearing to be vacated, and for a ruling on the Motions to Stay by October 22, 2026. Plaintiff responded that "[It] does not join in [D]efendants' request to vacate the October 26[,] hearing on the motions to stay."

operations within Mojave National Preserve, absent compliance with all applicable laws and regulations, including 36 C.F.R. § 9.10," order at 41 ¶ V.(2), while the Court's preliminary injunction is in effect.

DATED: October 16, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

KATHARINE LAUBACH (CO Bar No. 42693)
katharine.laubach@usdoj.gov
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
999 18th Street – North Terrace, Ste. 600
Denver, CO 80202
Tel: (202) 353-5765

DANIEL LUECKE
daniel.luecke@usdoj.gov
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7863
*Attorneys for Federal Defendants*