JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO (Bar No. 133912)
*kshapiro@jeffer.com*
MICHAEL H. STRUB, JR. (Bar No. 153828)
*MStrub@jeffer.com*
HA CHUNG (Bar No. 332571)
*hchung@jeffer.com*
3 Park Plaza, Suite 1100
Irvine, California 92614-2592
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

HOLLAND & HART LLP
MURRAY FELDMAN (pro hac vice)
*mfeldman@hollandhart.com*
JENNIFER SCHELLER NEUMANN (pro hac vice)
*jsneumann@hollandhart.com*
AMELIA YOWELL (pro hac vice)
*AGYowell@hollandhart.com*
ANDREA J. DRIGGS (Bar No. 223224)
*AJDriggs@hollandhart.com*
800 W. Main Street, Suite 1750
Boise, Idaho 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869

Attorneys for Intervenor-Defendants
COLOSSEUM RARE METALS, INC.
and DATELINE RESOURCES LTD.

JMM | Jeffer Mangels & Mitchell LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

NATIONAL PARKS CONSERVATION ASSOCIATION,

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR, et al.

Defendants.

Case No. 2:26-cv-4002-CAS-AS

**INTERVENOR-DEFENDANTS COLOSSEUM RARE METALS, INC. AND DATELINE RESOURCES LTD.'S NOTICE OF JOINDER IN FEDERAL DEFENDANTS' REQUEST TO VACATE HEARING AND RULE ON THE MOTIONS TO STAY**

Like the Federal Defendants,[1] Intervenor-Defendants Colosseum Rare Metals, Inc. ("CRM") and Dateline Resources LTD. ("Dateline," collectively, "Intervenor-Defendants") have waived the hearing, set for October 26, 2026 at 10:00 a.m. Pacific Time, on the Motions to Stay, Dkt. 68 at 6, and Intervenor-Defendants respectfully join the Federal Defendants' request that the Court vacate that hearing and rule on the Motions to Stay no later than October 22, 2026, Dkt. 69 at 2. As the Federal Defendants noted in their Status Report, Dkt. 69, Intervenor-Defendants will file a supplemental status report on or before November 3, 2026.

DATED: October 16, 2026

JEFFER MANGELS & MITCHELL LLP
KERRY SHAPIRO
MICHAEL H. STRUB, JR.

By: */s/ Michael H. Strub, Jr.*
MICHAEL H. STRUB, JR.

DATED: October 16, 2026

HOLLAND & HART LLP
MURRAY FELDMAN
JENNIFER SCHELLER NEUMANN
AMELIA YOWELL
ANDREA J. DRIGGS

By: */s/ Murray Feldman*
MURRAY FELDMAN
Attorneys for Intervenor-Defendants Dateline Resources Ltd. and Colosseum Rare Metals, Inc.

[1] The Federal Defendants are the U.S. Department of the Interior, Secretary of the Interior Doug Burgum, the United States National Park Service, Acting Director of the Park Service Jessica Bowron, and Acting Superintendent of the Mojave National Preserve Kevin Schluckebier.

JMM Jeffer Mangels & Mitchell LLP

JMM | Jeffer Mangels & Mitchell LLP

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2026, I electronically filed the foregoing **INTERVENOR-DEFENDANTS COLOSSEUM RARE METALS, INC. AND DATELINE RESOURCES LTD.'S NOTICE OF JOINDER IN FEDERAL DEFENDANTS' REQUEST TO VACATE HEARING AND RULE ON THE MOTIONS TO STAY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gabriel F. Greif<br>Earthjustice<br>707 Wilshire Blvd, Suite 4300<br>Los Angeles, CA 90017<br>415-217-2000<br>Fax: 415-217-2040<br>Email: ggreif@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Gregory Cahill Loarie<br>Katrina Anais Tomas<br>Earthjustice<br>1 Sansome Street, Suite 1700<br>San Francisco, CA 94104<br>415-217-2000<br>Fax: 415-217-2040<br>Email: gloarie@earthjustice.org<br>Email: ktomas@earthjustice.org | Attorneys for Plaintiff National Parks Conservation Association |
| Daniel Luecke<br>DOJ-Enrd<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>202-598-7863<br>Email: daniel.luecke@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |
| Katharine Laubach<br>United States Department of Justice<br>PO Box 7611<br>Washington, DC 20044-7611<br>202-305-8568<br>Email: katharine.laubach@usdoj.gov | Attorneys for Defendant U.S. Department of the Interior; Defendant Doug Burgum; Defendant National Park Service; Defendant Jessica Bowron; Defendant Kevin Schluckebier |

*/s/ Michael H. Strub, Jr.*